**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: | 07 CV 6157 |
|---|---|---|
| Susan Fredrickson, Plaintiff, v. Village of Willow Springs, Alan Nowaczyk, and Annette Kaptur, Defendants | | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Village of Willow Springs, Alan Nowaczyk, and Annette Kaptur, Defendants

NAME (Type or print)
  Michael J. McGrath

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
  s:/ Michael J. McGrath

FIRM    Odelson & Sterk, Ltd.

STREET ADDRESS    3318 W. 95th Street

CITY/STATE/ZIP    Evergreen Park, IL 60805

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06229820 | TELEPHONE NUMBER (708) 424-5678 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES |
|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | Yes |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐