## 1-5C-1: ESTABLISHMENT OF OFFICE; APPOINTMENT:

The Village Clerk is an appointed officer of the Village pursuant to 65 Illinois Compiled Statutes 5/3.1-25-90. The Village Clerk shall be appointed by the Village President with the concurrence of the Village Board of Trustees. (Ord. 97-0-8, 5-8-1997)



## 1-5C-2: TERM:

The term of office of the Village Clerk shall be for one year, commencing May 1, or the day of appointment if it shall occur thereafter, and shall terminate on April 30 of the following year. In the event of resignation or the termination of such term by lapse of time, the Village Clerk shall remain in office until a successor is appointed and qualified. (Ord. 97-0-8, 5-8-1997)

## 1-5C-3: DUTIES:

A. The Village Clerk shall attend all meetings of the Board of Trustees, and keep a complete and correct written record of its proceedings.

B. The Village Clerk shall keep the Corporate Seal of the Village and all ordinances and ballots of the Village, and record in a book all ordinances passed by the Board of Trustees, and index all ordinances by their number and title, making a memorandum at the foot of the record of each ordinance of the date of passage and the publication or posting of such ordinance. The Village Clerk shall also keep any and all other records, papers and documents of the Village as directed by the President and Board of Trustees. The Village Clerk shall not allow any records, papers or other documents to be taken from the Village Clerk's office by any person other than the Village Clerk, the President or a committee of the Board of Trustees appointed to examine accounts. The Village Clerk shall be liable for all damages that may accrue by the loss or destruction of any records, papers or documents of the Village entrusted to the Village Clerk for keeping. Said damages may be recovered in any court of competent jurisdiction in the name of the Village.

C. The Village Clerk shall attest all deeds, contracts, leases or other documents requiring attestation, made by the Board of Trustees and in conjunction with the President, sign all ordinances, resolutions, bonds, licenses and warrants on the Treasurer and affix the Seal of the Village thereto.

D. The Village Clerk shall issue and cause to be served upon the President and the Board of Trustees notices of all special meetings of the Board of Trustees and shall post, publish or otherwise provide all appropriate meeting notices and notices of ordinances or resolutions as may be required.

E. The Village Clerk shall keep a record of the election or appointment and confirmation of all officers of the Village and the records shall exhibit the name of the officer, to what office elected or appointed, the date of confirmation of election, the date of commission, and the date of death, resignation, removal from office or expiration of term of office. The Village Clerk shall, within five (5) days after the result of any election is declared or appointment is made, notify all persons elected or appointed.

F. The Village Clerk shall also perform such other duties as may be required by State statute or as may from time to time be established by the Board of Trustees and shall at all times be subject to the authority and direction of the President and Board of Trustees. (Ord. 97-0-8, 5-8-1997)

REGULAR VILLAGE BOARD MEETING OF THE PRESIDENT
AND BOARD OF TRUSTEES
MAY 11, 2000

President Terrance Carr called the meeting to order at 7:05 p.m.

The Pledge of Allegiance to the Flag was conducted.

| ROLL CALL: | Present | President | Terrance Carr |
|---|---|---|---|
| | | Trustees | Dorothy Anderson |
| | | | Robert Bartunek |
| | | | Mary Jane Mannella |
| | | | Steve Muscolino |
| | | | Alan Nowaczyk |
| Also Present | | Attorney | Richard Skrodzki |
| | | Engineer | John Hoefferle |
| | | Police | Officer Wiseman |
| | | Fire Chief | Robert Kristie |
| | | Administrator | Richard Saks |
| | | Village Clerk | Sue Fredrickson |
| | | Public Works | John Dehaan |

PRESENTATIONS    None.

OPEN
FLOOR    Motion by Trustee Anderson, second by Trustee Nowaczyk to open the floor to the public. Voice Vote. All Ayes.

Ms. Susan Engulf of 241 Wild Flower Lane, asked for assistance from the Mayor and Board of Trustees to help the Fairway 1 and Fairway 2 developments work with the contractor to see that the landscaping is finished. She went over the landscaping plans and discussed the number of trees, shrubs etc. that is on the plan. She discussed issues with the pond and reported that there are approximately 25 dead trees throughout the development.

The Association is looking for village assistance and asked if the Letter of Credit could be used to complete the project. She stated that some residents have waited almost two years to see the development completed.

Mayor Carr stated that the village has been active in working with the developer and will continue to do so.

Attorney Richard Skrodzki spoke with Rick Brubaker and they will go over the plans. Some of the plans seem vague and those issues will be worked out.

A committee will be formed consisting of George Kucharchuk, Rick Brubaker, Richard Skrodzki, Trustee Bartunek and Trustee Nowaczyk. A meeting will be set up with Montalbano Builders.



EXHIBIT 2

Page 3

Congratulations went out to Captain Ben Deanda and Firemedic Olsen for teaching the entire 8th grade at Willow Springs School CPR.

Trustee Muscolino reported that three firefighters attended a Juvenile Seminar.

Trustee Muscolino discussed reminders that will be sent to the residents about having their addresses posted.

**LICENCE COMMITTEE**

Motion by Trustee Bartunek, second by Trustee Mannella to approve the following 2000 Business License:

1. SMA'S Hot Dog Stand
2. Ice Cream Truck
3. Buck's Auto
4. Automatic Rain

ROLL CALL: Ayes: Trustees Anderson, Bartunek, Carr, Mannella, Muscolino and Nowaczyk. Nays: None. MOTION CARRIED.

**ORDINANCE COMMITTEE**

No report

**BUILDING REPORT**

Trustee Nowaczyk and George Kucharchuk discussed the Forest Preserve comfort station. George talked about the change in plans from brick to block and stone. He reported that no heat or air has been installed as planned. George reported that the Engineer from Burr Ridge suggested a septic tank because of the difficulty in trying to lay the sewer pipes. John Hoefferle will suggest a holding tank as a possible alternative.

President Carr asked Mr. Saks to draft a letter and schedule a meeting with the Forest Preserve District, MWRD and the Village of Burr Ridge regarding the comfort station.

**PRESIDENT'S REPORT**

Mayor Carr announced that on June 10th Moraine Valley Community College will be hosting a Hazardous Waste disposal day.

A donation was approved for Segun Services in the amount of $40.00.

Motion by Trustee Anderson, second by Trustee Mannella to approve the following annual appointments for the term of May 1, 2000 through April 30, 2001:

Richard Saks – Administrator, Sue Fredrickson – Village Clerk, George Kucharchuk – Building Commissioner, Adena Baskovich – Deputy Clerk, Rose Mary O'Shea – Treasurer, Jerry Schultz – Police Chief

Richard Skrodzki – Village Attorney, Jim Healy – Village Prosecutor, John Hoefferle – Engineer, William F. Gurrie – Auditor.
Julie Hemminger – Full Time Fiscal Assistant, Debbie Jablonski – Full Time Fiscal Assistant, Arlene Morgucz – Part –Time Fiscal Assistant, Julie Hemminger – Part Time Code Enforcement Officer.

99

# REGULAR VILLAGE BOARD MEETING OF THE PRESIDENT AND BOARD OF TRUSTEES
June 28, 2001

President Terrance M. Carr called the meeting to order at 7:00 P.M.

The Pledge of Allegiance to the Flag was conducted.

| ROLL CALL: | Present | President | Terrance Carr |
|---|---|---|---|
| | | Trustees | Robert Bartunek |
| | | | Nanci Kaczmarek |
| | | | Steve Muscolino |
| | | | Alan Nowaczyk |
| | Arrived 7:14 p.m. | | Mary Jane Mannella |
| | Absent | Trustee | Dorothy Anderson |

| Also Present | | Administrator | Chris Limas |
|---|---|---|---|
| | | Attorney | Richard Skrodzki |
| | | Building Com. | George Kucharchuk |
| | | Engineer | John Hoefferle |
| | | Fire Chief | Robert Kristie |
| | | Police Chief | Jerry Schultz |
| | | Public Works | Jim Chevalier |
| | | Village D. Clerk | Adena Baskovich |

PRESENTATIONS:   Lon Burleson thanked the Village Departments for their continued support towards the I & M Civic Center. He also thanked Mr. Skrodzki for his ongoing support. He announced the 13th Illinois & Michigan Canal Rendezvous will be held Sept. 8 & 9, 2001.

Jean Thode presented the Hometown Award to the Mayor to be kept on display at the Village Hall.

Mayor Carr thanked Jean Thode and stated he will create a new award. It will be named the "Mayor's Cup". The first award will go to the CC Camp and I&M Authority, for their hard work on the newly renovated area, which honors the Old CC Camp.

PUBLIC HEARING:   None.

101

| | |
|---|---|
| POLICE & FIRE COMMITTEE: | No report. |
| LICENSE COMMITTEE: | No report. |
| ORDINANCE COMMITTEE: | Trustee Bartunek discussed limiting the amount of dogs per house. Mr. Limas will check the village ordinance on dogs. He will look into the possibly of creating an ordinance that would be appropriate. |
| BUILDING COMMITTEE: | Trustee Nowaczyk announced that the building department has issued 2,408 inspections, 86 certificates of occupancies, 63 reinspection, 23 stop orders, 18 hours of court time and a total of $729,591.92 of building permits from January 2001 to June 25, 2001. |
| | Trustee Nowaczyk informed the board starting July 2, 2001 reinspections will be $50.00 instead of $35.00. This should help curb the amount of reinspections. |
| | The building department is still looking for part time help. |
| PRESIDENT'S REPORT: | Motion by Trustee Muscolino, second by Trustee Mannella, to approve the temporary appointment of auxillary police officers from July 6 through 8th to assist during the Summer Fest. ROLL CALL: Ayes: Trustees Bartunek, Kaczmarek, Mannella, Muscolino and Nowaczyk. Nays: None. *MOTION CARRIED.* |
| | Motion by Trustee Kazmarek, second by Trustee Nowaczyk to reappoint the following for the fiscal year May 1, 2001-April 30, 2002: |

**Administration:**
Administration- Chris Limas
Village Clerk – Sue Fredrickson

**Clerk's office:**
Deputy Clerk – Adena Baskovich
Fiscal Assistant – Debbie Jablonski
Fiscal Assistant – Beth Eskildson
Part-time Fiscal Assistant- Arlene Morgucz

**Police & Fire Department Heads:**
Police Chief-Jerry Schultz
Fire Chief-Robert Kristie

145

SPECIAL BOARD MEETING OF THE PRESIDENT
AND BOARD OF TRUSTEES
OCTOBER 20, 2005

The meeting was called to order at 6:30 p.m. by President Alan Nowaczyk.

The Pledge of Allegiance to the Flag was conducted.

| | | | |
|---|---|---|---|
| ROLL CALL: | Present | President | Alan Nowaczyk |
| | | Trustees | Robert Bartunek |
| | | | Annette Kaptur |
| | | | Steve Krueger |
| | | | Bob Mesec |
| | | | Michael Smith |
| Also Present | | Administrator | Chris Limas |
| | | Engineer | John Hoefferle |
| | | Fire Captain | Ben Deanda |
| | | P.W. Director | Jim Chevalier |
| | | Village Clerk | Sue M. Fredrickson |

EXECUTIVE
SESSION

Motion by Trustee Kaptur, second by Trustee Smith to go into Executive Session to discuss personnel. ROLL CALL: Ayes: Trustees Bartunek, Kaptur, Krueger, Mesec and Smith. Nays: None. MOTION CARRIED.

Executive Session began at 6:36 p.m.

Executive Session ended at 6:47 p.m.

| | | | |
|---|---|---|---|
| ROLL CALL: | Present | President | Alan Nowaczyk |
| | | Trustees | Robert Bartunek |
| | | | Annette Kaptur |
| | | | Steve Krueger |
| | | | Bob Mesec |
| | | | Michael Smith |

PRESIDENT'S
REPORT

Motion by Trustee Krueger, second by Trustee Kaptur to approve the appointment of Chris Limas as Village Administrator. ROLL CALL: Ayes: Trustees Bartunek, Kaptur, Krueger, Mesec and Smith. Nays: None. MOTION CARRIED.

Motion by Trustee Krueger, second by Trustee Smith to approve the appointment of Sue Fredrickson as Village Clerk. ROLL CALL: Ayes: Trustees Bartunek, Kaptur, Krueger, Mesec and Smith. Nays: None. MOTION CARRIED.

Motion by Trustee Krueger, second by Trustee Kaptur to approve the appointment of Roger Alexander as Police Chief.

146

ROLL CALL: Ayes: Trustees Kaptur, Krueger and Mesec. Nays: Trustees Bartunek and Smith. MOTION CARRIED.

Motion by Trustee Kaptur, second by Trustee Smith to approve the appointment of Jim Chevalier as Public Works Director. ROLL CALL: Ayes: Trustees Bartunek, Kaptur, Krueger, Mesec and Smith. Nays: None. MOTION CARRIED.

Motion by Trustee Bartunek, second by Trustee Krueger to approve the appointment of George Kucharchuk as Building Commissioner. ROLL CALL: Ayes: Trustees Bartunek, Kaptur, Krueger, Mesec and Smith. Nays: None. MOTION CARRIED.

Motion by Trustee Bartunek, second by Trustee Smith to approve the appointment of Larry Moran as Fire Chief. ROLL CALL: Ayes: Trustees Bartunek, Kaptur, Krueger, Mesec and Smith. Nays: None. MOTION CARRIED.

Motion by Trustee Krueger, second by Trustee Kaptur to approve the appointments of Adena Baskovich as Deputy Clerk, Debbie Jablonski as Fiscal Assistant, Sharon Richmond as Fiscal Assistant and Chris Limas as Acting Village Treasurer. ROLL CALL: Ayes: Trustees Bartunek, Kaptur, Krueger, Mesec and Smith. Nays: None. MOTION CARRIED.

Motion by Trustee Krueger, second by Trustee Kaptur to approve the appointments of John Hoefferle as Village Engineer and Gurrie and Associates as Village Auditors. ROLL CALL: Ayes: Trustees Bartunek, Kaptur, Krueger, Mesec and Smith. Nays: None. MOTION CARRIED.

Motion by Trustee Bartunek, second by Trustee Kaptur to approve the appointments of Ray Gibson as Plumbing Inspector and Bill Marshall as Elevator Inspector. ROLL CALL: Ayes: Trustees Bartunek, Kaptur, Krueger, Mesec and Smith. Nays: None. MOTION CARRIED.

Motion by Trustee Mesec, second by Trustee Kaptur to approve the appointments of John DeHaan as Public Works Superintendent, James Serpico as Maintenance Worker and Kattie Kristie as Clerical Worker. ROLL CALL: Ayes: Trustees Bartunek, Kaptur, Krueger, Mesec and Smith. Nays: None. MOTION CARRIED.

Motion by Trustee Smith, second by Trustee Kaptur to approve the appointments of John Lynn as Police Lieutenant, Larry Pawlowski as Police Sergeant, Rose Mary Hollman as Administrative Aid, Full Time Telecommunication Operator and Telecommunication Supervisor, Margaret Dow, Linda Kawulia, Sharme Singer and Christina Sobanski as Full Time Radio Communication Operators, Kathy Olesch and Laurie Frohlich as



STATE OF ILLINOIS     )
                      ) SS
COUNTY OF COOK        )

## CERTIFICATE OF PUBLICATION OF ORDINANCE

I, Sue Fredrickson, certify that I am the duly appointed and acting Village Clerk of the Village of Willow Springs, Cook County, Illinois.

I further certify that on December 21, 2006, the Corporate Authorities of such municipality passed and approved Ordinance No. 41-O-2006, entitled:

> AN ORDINANCE FOR THE LEVY, ASSESSMENT AND COLLECTION OF TAXES FOR THE VILLAGE OF WILLOW SPRINGS, COOK COUNTY, ILLINOIS, FOR THE FISCAL YEAR BEGINNING ON THE 1ST DAY OF MAY, 2006, AND ENDING ON THE 30TH OF APRIL, 2007

which provided by its terms that it should be published in pamphlet form.

The pamphlet form of Ordinance No. 41-O-2006, including the Ordinance and a cover sheet thereof, was prepared, and a copy of such Ordinance was posted in the Village Hall, commencing on December 10, 2006, and continuing for at least ten days thereafter. Copies of such Ordinance were also available for public inspection upon request in the office of the Village Clerk.

Dated at Willow Springs, Cook County, Illinois, this 21st day of December, 2006.

(SEAL)

_____
Village Clerk
Village of Willow Springs
Cook County, Illinois

EXHIBIT
3

11

STATE OF ILLINOIS   )
                    ) SS
COUNTY OF COOK      )

## CERTIFICATION

I, Sue Fredrickson, DO HEREBY CERTIFY that I am the duly qualified and appointed Village Clerk of the Village of Willow Springs, Cook County, Illinois, and that as such Clerk I do have charge of and custody of the books and records of the Village of Willow Springs, Cook County, Illinois.

I DO HEREBY FURTHER CERTIFY that the foregoing is a full, true and correct copy of **Ordinance No. 3-O-2007**, "**AN ORDINANCE OF THE VILLAGE OF WILLOW SPRINGS, COOK COUNTY, ILLINOIS, AMENDING SECTION 7-2-2 (AMBULANCE SERVICE FEE) OF THE WILLOW SPRINGS VILLAGE CODE**," adopted and approved by the Village President and Board of Trustees of the Village of Willow Springs, Illinois January 11, 2007.

IN WITNESS WHEREOF, I have hereunto affixed my hand and the Corporate Seal of the Village of Willow Springs, Cook County, Illinois this 11th day of January, 2007.

Sue Fredrickson, Village Clerk
Village of Willow Springs, Cook County, Illinois