IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUSAN FREDRICKSON,<br><br>                       Plaintiff,<br><br>vs.<br><br>VILLAGE OF WILLOW SPRINGS, ALAN NOWACZYK, and ANNETTE KAPTUR,<br><br>                      Defendants. | No. 07 C 5529<br><br>Judge John F. Grady<br><br>Magistrate Judge Nolan |

### NOTICE OF MOTION

**TO:**  Glenn R. Gaffney             Michael J. McGrath
       Justin R. Gaffney              Burton S. Odelson
       Gaffney & Associates         Michael Joseph Hayes, Jr.
       1771 Bloomingdale Road     Odelson & Sterk, Ltd.
       Glendale Heights, Illinois 60139     3318 West 95th Street
                                                               Evergreen Park, Illinois 60805

        PLEASE TAKE NOTICE that on **Wednesday December 12, 2007**, I shall appear before the Honorable John F. Grady, at the Dirksen Federal Building, 219 S. Dearborn St., Room 2201, Chicago, Illinois at **11:00 a.m.** or as soon thereafter as counsel may be heard, and present to him or any judge sitting in his stead, **DEFENDANTS' MOTION TO DISMISS**, a copy of which is attached hereto and served upon you herewith.

                                                                                      /s/ John B. Murphey

JOHN B. MURPHEY
ARDC # 1992635
ROSENTHAL, MURPHEY & COBLENTZ
Attorneys for Certain Defendants
30 North LaSalle Street, Suite 1624
Chicago, Illinois  60602
Tel.: (312) 541-1070
Fax: (312) 541-9191

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 3, 2007, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all parties listed below:

| | |
|---|---|
| Glenn R. Gaffney | Michael J. McGrath |
| Justin R. Gaffney | Burton S. Odelson |
| Gaffney & Associates | Michael Joseph Hayes, Jr. |
| 1771 Bloomingdale Road | Odelson & Sterk, Ltd. |
| Glendale Heights, Illinois 60139 | 3318 West 95th Street |
| | Evergreen Park, Illinois 60805 |

        /s/    Douglas M. Doty
ROSENTHAL, MURPHEY & COBLENTZ
Attorneys for Certain Defendants
30 North LaSalle Street, Suite 1624
Chicago, Illinois 60602
Tel. (312) 541-1070
Fax: (312) 541-9191