# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6157 | **DATE** | 12/12/2007 |
| **CASE TITLE** | Fredrickson vs. Village of Willow Springs, et al. | | |

**DOCKET ENTRY TEXT**

Defendants' memorandum in support of their motion to dismiss counts one and two of the complaint due by 1/11/08. Response to said motion to dismiss due by 2/1/08; reply due by 2/15/08. This motion will be taken under advisement.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | JD |
|---|---|---|