## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN FREDRICKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 6157 |
| | ) | |
| VILLAGE OF WILLOW SPRINGS, ALAN | ) | Judge Grady |
| NOWACZYK, and ANNETTE KAPTUR, | ) | Magistrate Judge Nolan |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' MOTION FOR SANCTIONS

NOW COME Defendants the Village of Willow Springs, Alan Nowaczyk, and Annette Kaptur, by and through their attorneys, Odelson & Sterk, Ltd., and move this Honorable Court for a order granting them sanctions against plaintiff Susan Fredrickson and her legal representatives for violation of Rule 11 of the Federal Rules of Civil Procedure. In support of their motion, defendants state the following:

1.    On October 31, 2007, plaintiff filed a six-count complaint against defendants alleging that defendants violated her civil rights and committed various common law torts against her when she was unlawfully removed from her position as the Willow Springs Village Clerk. See Plaintiff's Complaint, par. 14. ("Complt., par. __.")

2.    Plaintiff alleges that she was the Village Clerk from 1995 until her removal on or about July 13, 2007. Complt., pars. 7-8. She further claims that defendants Nowaczyk and Kaptur were elected as Village President and Village Trustee in April 2005. Complt., pars. 5-6, 10.

3.    In support of her claims against defendants, particularly the claim that she was unlawfully removed from the Village Clerk position, plaintiff asserts that the office of the Village

Clerk at the time of her removal was elective in nature. Plaintiff further contends that the Village

Clerk "has the same four year term of office as the Willow Springs President, a/k/a Mayor, and is

only replaceable through the electoral process." Complt., par. 8.

4.    Plaintiff's assertion that her position was elective in nature is completely false. There

is no legal or factual basis to make such a claim. The Village Clerk has been appointed on an annual

basis since 1988. As demonstrated below, plaintiff and her counsel knew that the claim was false

at the time that they drafted, signed, and filed the complaint. At the very least, they should have

known that it was false based on any reasonable inquiry into the facts and law purportedly supporting

their complaint as required by Rule 11(b).

5.    First, plaintiff never alleges in the complaint that she was, in fact, elected to the

Village Clerk position.

6.    Furthermore, Village documents clearly demonstrate that plaintiff was aware

throughout her employment that the Village President annually appointed her to the Village Clerk

position. See Village Meetings Minutes, attached hereto as Group Exhibit A. The minutes prove

that the Village Board of Trustees voted to approve the Village President's appointment of plaintiff

to the Village Clerk position for one-year terms on, at least, the following dates: May 11, 2000;

June 28, 2001; June 13, 2002; May 8, 2003; May 13, 2004; and October 20, 2005. Except for the

meeting in 2001, plaintiff was present for all of these meetings and actually signed the minutes as

the Village Clerk.

7.    In other Village documents, plaintiff, in fact, certified that she was the "appointed"

Village Clerk. On December 21, 2006, plaintiff signed as the Village Clerk, the "Certificate of

Publication of Ordinance" for Village Ordinance No. 41-O-2006. See Ordinance and Certificate of

2

Publication, attached hereto as Group Exhibit B.  The signed Certificate, which also contains the seal of the Village of Willow Springs, states, "I, Susan Fredrickson, certify that I am the duly **appointed** and acting Village Clerk of the Village of Willow Springs, Cook County, Illinois." (Emphasis added.)  Ex. B.

        8.      Finally, plaintiff's contention that the Village Clerk is elected in Willow Springs is inconsistent with Illinois law and the Willow Springs Village Code. Section 3.1-25-90 of the Illinois Municipal Code states that "[a]ny village of fewer than 5,000 inhabitants may, by resolution adopted by not less than two-thirds of the village board, choose to have a clerk appointed by the village president with the concurrence of the village board." 65 ILCS 5/3.1-25-90(a). Between 1980 and 1990, the Village had a population of less than 5,000 inhabitants. See Census 2000 PL 94-171 Regional Report, attached hereto as Exhibit C. On January 14, 1988, the Village Board of Trustees passed Ordinance 88-0-1 which amended Section 1-5-2 of Title I, Chapter 5 of the Village Code and provided for the appointment of the Village Clerk by the Village President with the advice and consent of the Village Board.  See Ordinance 88-0-1, attached hereto as Exhibit D.  Although the 2000 Census indicates that the population of the Village went over 5,000 inhabitants by the year 2000, no referendum has been passed restoring the Village Clerk position to an elected position. Such a referendum is required by the Municipal Code which further states, "[i]n any village where the clerk is appointed as provided in this Section, the clerk may later be elected, but only after a referendum initiated and held as provided in this Section." 65 ILCS 5/3.1-25-90(b).  No such referendum has been initiated by the electors, and the Village Clerk remains an appointed position as indicated in the documents referenced above. Plaintiff was subject to removal at all times similar to any other appointed officer.

9.     Plaintiff and her counsel violated Rule 11 when they filed the complaint with these false allegations and unsupported claims. Rule 11(b) states, in relevant part:

"(b) Representations to the Court. By representing to the court (whether by signing, filing, submitting, or later advocating) a pleading * * * an attorney or unrepresented party is certifying that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, –

* * *

(2) the claims, defenses, and other legal contentions therein are warranted by existing law * * * ;

(3) the allegations and other factual contentions have evidentiary support * * * ."

FRCP 11 (b).

Any reasonable inquiry into the facts purportedly supporting the claims would have revealed that plaintiff was always the appointed Village Clerk and not elected. All of plaintiff's counts rely on the false statement that she was elected to the Village Clerk position and illegally removed.

10.     Counsel for defendants have repeatedly informed counsel for plaintiff of the false nature of plaintiff's allegations and misstatements of law. Plaintiff and her counsel, however, have refused to withdraw or amend her complaint. Defendants, therefore, have been forced to prepare a Motion to Dismiss the false and frivolous claims, and they are entitled to an award of reasonable attorneys' fees and costs under Rule 11. FRCP 11(c). The Seventh Circuit has approved an award of fees and expenses for failing to properly investigate facts and filing unsupported and frivolous claims. See Nisenbaum v. Milwaukee County, 333 F.2d 804 (7th Cir. 2003) (the plaintiff violated Rule 11 when he sued the county and others for violation of his First Amendment rights claiming-

4

without support-that he was fired because he ran for office).

11.    In accordance with FRCP 11, a copy of defendants' motion for sanctions was served upon plaintiff's counsel on November 30, 2007.  On December 27, 2007, defense counsel sent correspondence to plaintiff's counsel in reference to the motion for sanctions and requested a response from plaintiff as to whether or not plaintiff would be seeking to amend the complaint. Plaintiff's counsel did not respond to defense counsel's correspondence.

**WHEREFORE,** defendants, the Village of Willow Springs, Alan Nowaczyk, and Annette Kaptur, respectfully request that this Honorable Court enter an order finding that plaintiff and her counsel have violated FRCP 11 and awarding defendants reasonable attorneys' and costs and any other appropriate sanction or relief.

Respectfully submitted,

Village of Willow Springs
Alan Nowaczyk
Annette Kaptur

By:    /s/ Michael J. McGrath
       One of their attorneys

By:    /s/ John B. Murphey
       One of their attorneys

Burton S. Odelson
Michael J. McGrath
Michael J. Hayes
Odelson & Sterk, Ltd.
3318 West 95th Street
Evergreen Park, Illinois 60805
(708) 424-5678

John B. Murphey
Rosenthal, Murphey & Coblentz
30 North LaSalle Street, Suite 1624
Chicago, Illinois 60602
ARDC #1992635
(312) 541-1070/(312) 541-9191 (fax)

5

938

REGULAR VILLAGE BOARD MEETING OF THE PRESIDENT
AND BOARD OF TRUSTEES
MAY 11, 2000

President Terrance Carr called the meeting to order at 7:05 p.m.

The Pledge of Allegiance to the Flag was conducted.

| ROLL CALL: | Present | President | Terrance Carr |
| | | Trustees | Dorothy Anderson |
| | | | Robert Bartunek |
| | | | Mary Jane Mannella |
| | | | Steve Muscolino |
| | | | Alan Nowaczyk |

| Also Present | | Attorney | Richard Skrodzki |
| | | Engineer | John Hoefferle |
| | | Police | Officer Wiseman |
| | | Fire Chief | Robert Kristie |
| | | Administrator | Richard Saks |
| | | Village Clerk | Sue Fredrickson |
| | | Public Works | John Dehaan |

PRESENTATIONS        None.

OPEN
FLOOR

Motion by Trustee Anderson, second by Trustee Nowaczyk to open the
floor to the public. Voice Vote. All Ayes.

Ms. Susan Engulf of 241 Wild Flower Lane, asked for assistance from the
Mayor and Board of Trustees to help the Fairway 1 and Fairway 2 developments
work with the contractor to see that the landscaping is finished. She went over
the landscaping plans and discussed the number of trees, shrubs etc. that is on
the plan. She discussed issues with the pond and reported that there are
approximately 25 dead trees throughout the development.

The Association is looking for village assistance and asked if the Letter
of Credit could be used to complete the project. She stated that some
residents have waited almost two years to see the development completed.

Mayor Carr stated that the village has been active in working with the developer
and will continue to do so.

Attorney Richard Skrodzki spoke with Rick Brubaker and they will go over
the plans. Some of the plans seem vague and those issues will be worked out.

A committee will be formed consisting of George Kucharchuk, Rick Brubaker,
Richard Skrodzki, Trustee Bartunek and Trustee Nowaczyk. A meeting will
be set up with Montalbano Builders.

**Group Exhibit A**

Page 2

Mr. Dennis Murphy, of 172 Fairway Drive, discussed concerns he has with the pond and the pathway. He reported that the pathway is washing away and the developer has dumped garbage and debris around the pond. He also has concerns that the pond was not dug deep enough according to the specs.

President Carr acknowledged his concerns and they will be discussed at the meeting along with the other issues.

Ms. Spakowski, of 306 Glenwood Avenue, asked the Mayor if the speed bump in front of her home would be removed. Mayor Carr informed her that we are looking into an alternate location.

Mr. Joe Weisman, of 8145 Scenic Drive, submitted signatures and a letter asking the village to place a speed bump on Scenic Drive. The board reviewed the signatures and read the letter and a speed bump will be ordered.

**CLOSE
FLOOR**

Motion by Trustee Bartunek, second by Trustee Nowaczyk to close the floor to the public. Voice Vote. All Ayes.

**APPROVAL OF
MINUTES**

Motion by Trustee Anderson, second by Trustee Muscolino to approve the following minutes:

1.    Committee Meeting of April 25, 2000
2.    Board Meeting of April 27, 2000
3.    Public Hearing of April 27, 2000
4.    Executive Session of April 13, 17, and 25th

**FINANCE
COMMITTEE**

Motion by Trustee Anderson, second by Trustee Muscolino to approve the Warrants of May 11, 2000 excluding the invoice for Midway Truck Parts. ROLL CALL: Ayes: Trustees Anderson, Bartunek, Carr, Muscolino and Nowaczyk. Abstain Trustee Mannella . Nays: None. MOTION CARRIED.

**STREET'S & ALLEYS
COMMITTEE**

Trustee Mannella reported that on July 10th construction would begin at Lions Park. John Hoefferle reported that the Water Commission has agreed to install the water extension for the town center that runs through Lions Park prior to construction so the installation would not disturb the park after the construction is completed.

Trustee Mannella reported that the summer concerts would be held at Willow Park.

**POLICE AND FIRE
COMMITTEE**

Motion by Trustee Muscolino, second by Trustee Mannella to appoint Ken Radke to the position of full – time police officer. This will fulfill the COPS Grant . ROLL CALL: Ayes: Trustees Anderson. Bartunek, Carr, Mannella, Muscolino and Nowaczyk. Nays: None. MOTION CARRIED.

Trustee Muscolino read the Fire Department activity report for the month.

Page 3

Congratulations went out to Captain Ben Deanda and Firemedic Olsen for teaching the entire 8th grade at Willow Springs School CPR.

Trustee Muscolino reported that three firefighters attended a Juvenile Seminar.

Trustee Muscolino discussed reminders that will be sent to the residents about having their addresses posted.

LICENCE
COMMITTEE

Motion by Trustee Bartunek, second by Trustee Mannella to approve the following 2000 Business License:

1.  SMA'S Hot Dog Stand
2.  Ice Cream Truck
3.  Buck's Auto
4.  Automatic Rain

ROLL CALL: Ayes: Trustees Anderson, Bartunek, Carr, Mannella, Muscolino and Nowaczyk. Nays: None. MOTION CARRIED.

ORDINANCE
COMMITTEE

No report

BUILDING
REPORT

Trustee Nowaczyk and George Kucharchuk discussed the Forest Preserve comfort station. George talked about the change in plans from brick to block and stone. He reported that no heat or air has been installed as planned. George reported that the Engineer from Burr Ridge suggested a septic tank because of the difficulty in trying to lay the sewer pipes. John Hoefferle will suggest a holding tank as a possible alternative.

President Carr asked Mr. Saks to draft a letter and schedule a meeting with the Forest Preserve District, MWRD and the Village of Burr Ridge regarding the comfort station.

PRESIDENT'S
REPORT

Mayor Carr announced that on June 10th Moraine Valley Community College will be hosting a Hazardous Waste disposal day.

A donation was approved for Segun Services in the amount of $40.00.

Motion by Trustee Anderson, second by Trustee Mannella to approve the following annual appointments for the term of May 1, 2000 through April 30, 2001:

Richard Saks – Administrator, Sue Fredrickson – Village Clerk, George Kucharchuk – Building Commissioner, Adena Baskovich – Deputy Clerk, Rose Mary O'Shea – Treasurer, Jerry Schultz – Police Chief

Richard Skrodzki – Village Attorney, Jim Healy – Village Prosecutor, John Hoefferle – Engineer, William F. Gurrie – Auditor.
Julie Hemminger – Full Time Fiscal Assistant, Debbie Jablonski – Full Time Fiscal Assistant, Arlene Morgucz – Part –Time Fiscal Assistant, Julie Hemminger – Part Time Code Enforcement Officer.

Page 4

## POLICE OFFICERS

Deputy Chief Charles Fisher
Sgt. Larry Pawlowski
Sgt. Bruce Beveridge
Cpl. John Lynn
Cpl. Robert Dymek
Cpl. Phil Wiseman
Officer Francisco Bermejo
Officer Hank Boedecker
Officer Thomas Borsilli
Officer Gary Carr
Officer Robert Farrell
Officer Chris Geer

Officer John Gieres
Officer Michael Giorgetti
Officer Brian Hickey
Officer William Hopp
Officer David Klein
Officer Ron Lullo
Officer Richard Mattson
Officer Ken Radke
Officer Timothy Rierson
Officer Edward Ritchie
Officer Charles Salerno
Officer Edward Stodolny
Officer Robert Tabordon

## RADIO OPERATORS

FULL TIME

John Carabetsos
Lisa Gardner

Linda Kawulia
Sharrne Singer

PART TIME

Julie Hemminger

## CLERK/ADMINISTRATIVE AIDE

Rosemary Hollman

942

| | |
|---|---|
| CHIEF | ROBERT KRISTIE |
| ASST. CHIEF | LARRY MORAN |
| ASST. CHIEF | MARTY VILIMEK |
| CAPTAIN | MIKE KUZMICKI |
| CAPTAIN | BEN DEANDA |
| LIEUTENANT | KEVIN SCHULER |
| | |
| ENGINEER | BOB BARTUNEK |
| ENGINEER | LARRY SOBCZAK |
| ENGINEER | KEITH RADKE |
| ENGINEER | JAMES PAPE |
| ENGINEER | ED LINDEN |
| ENGINEER | DAVE GILGENBERG |
| ENGINEER | JOE OLSEN |
| ENGINEER | BRANDEN PHILLIPS |
| ENGINEER | JOHN DEHAAN |
| | |
| FIREMEDIC | RENEE GILICH |
| FIREMEDIC | ANDY BARTIK |
| FIREFIGHTER | TIM MORRIS |
| FIREMEDIC | KRISTIE KOCH |
| FIREMEDIC | ROBERT BROWN |
| FIREMEDIC | GIANGRANDE DOMINIC |
| FIREMEDIC | TIM MORAN |
| FIREMEDIC | BRIAN VLCEK |
| FIREMEDIC | MICHELLE SANOFSKY |
| FIREMEDIC | DAN MILLER |
| FIREMEDIC | TIM LOUGHNEY |
| FIREMEDIC | JOHN WEIDNER |
| FIREMEDIC | TOM GADE |
| FIREFIGHTER | TERRY CARR |
| FIREFIGHTER | JOHN VOTTEIER |
| FIREFIGHTER | LARRY GALATEO |
| FIREMEDIC | TIM GRIFFIN |
| FIREMEDIC | MARTY KREIL |
| FIREMEDIC | MIKE MCGIVNEY |
| FIREMEDIC | MARK KUZMICKI |
| FIREMEDIC | DAVID JAMISON |
| FIREMEDIC | SHAWN MUSZYNSKI |

G43

Page 6

Larry Nikodem – Counselor, Nick Defronzo – Plumbing Inspector, Bill Woeslaw – Electrical Inspector and Bill Marshall – Elevator Inspector.

Jim Chevalier – Director of Public Works, John Dehaan – Crew Leader/ Mechanic, Joe Burda – Maintenance Worker, Terry Brumeister – Maintenance Worker H.E.O., George Lazarz – Maintenance Worker, Perry Phillips – Maintenance Worker.

Summer Maintenance – Bob Leonard, Steve Porter and Brendan Porter.

ROLL CALL: Ayes: Trustees Anderson, Bartunek, Carr, Mannella, Muscolino and Nowaczyk: Nays: None. MOTION CARRIED.

Motion by Trustee Anderson, second by Trustee Mannella to appoint Mr. Jim Corcoran as our Justice – Willow Springs Water Commission Commissioner for a six year term. ROLL CALL: Ayes: Trustees Anderson, Bartunek, Carr, Mannella, Muscolino and Nowaczyk. Nays None. MOTION CARRIED.

Motion by Trustee Nowaczyk, second by Trustee Muscolino to approve the appointment of Michael Pokgorny to the Plan Commission for a five year term. ROLL CALL; Ayes: Trustees Anderson, Bartunek, Carr, Mannella, Muscolino and Nowaczyk. Nays: None. MOTION CARRIED.

**ADMINISTRATOR'S REPORT**

Richard Saks announced that the WCMC annual dinner would be held on May 24th.

Motion by Trustee Mannella, second by Trustee Muscolino to approve the cost of $1,400.00 and signing a letter of intent regarding the Village of Willow Springs joining other communities and the WCMC in a joint dispatch study. ROLL CALL: Ayes: Trustees Anderson, Bartunek, Carr, Mannella, Muscolino and Nowaczyk. Nays: None. MOTION CARRIED.

**ATTORNEY'S REPORT**

Motion by Trustee Nowaczyk, second by Trustee Anderson to approve Ordinance # 11-O-2000 the sale of surplus property. ROLL CALL: Ayes: Trustees Anderson, Bartunek, Carr, Mannella, Muscolino and Nowaczyk. Nays: None. MOTION CARRIED.

Richard Skrodzki announced that there would be a public hearing on the Street Improvements Bonds on May 25, 2000.

Richard Skrodzki thanked the Mayor and Trustees for the annual appointment of his law firm.

**ENGINEER'S REPORT**

John Hoefferle thanked the Mayor and Trustees for the annual appointment of his engineering firm.

Page 7

John Hoefferle discussed Spring Street drainage issues and the Brick by Brick subdivisions and one of the homes being to close to the retaining wall.

The village will hire a structural engineer to look at the retaining wall. The fee will be charged to the developer.

OLD
BUISNESS

Mr. Steven Yas was present to discuss the Industrial Park landscaping and lighting plans.

Design guidelines for the industrial park were passed out for review. Mr. Yas reviewed the handout with the board.

Discussion was held regarding the construction material of the buildings. Trustee Nowaczyk is requesting partial brick.

Trustee Mannella requested that handouts be passed out to them prior to the meetings so they have time to review prior to the meetings.

Discussion was held on items such as lighting, restrictions of outdoor storage and the length of the cul-de-sac

John Hoefferle will work with the Justice – Willow Springs Water Commission Engineer to review the water lines that run under Willow Springs Road.

Kon Savoy will be asked to review the industrial park plans . Traffic issues into the proposed Gas City were addressed.

Attorney Richard Skrodzki will meet with the developer prior to the meeting of the 23rd to draft the covenants.

Discussion was held on jogging the sewer lines to avoid installing them to close to the foundation of the last house on Ursula Drive. The homeowner also has play equipment in the conservation area.

Mr. Tom Walsh discussed sewer matters at 91st and Wolf Road. Discussion on the 3 to 5 % flow into the lift station. Mr. Walsh suggested a sewer impact fee of $2,500.00 of which $1,500.00 is earmarked strictly for repair to the lift station. The four homes would use the lift station and the extensive sewer lines would not be needed. John Hoefferle will obtain a summary of the lift station from the Metropolitan Pump and a quote to revamp the station.

Trustee Nowaczyk asked the developer if the MWRD has agreed with the change. Mr. Walsh explained that he wanted to get permission from the village prior to going to the MWRD. Trustee Nowaczyk talked about the agreement between the developer, village and the MWRD and would like to see the sewer charges that he feels the village would be short by not annexing the property paid back to the village. Discussion of the MWRD contribution of $125,000.00 to the installation of the lift station and their agreement to maintain the station.

Discussion was held regarding the installation of new water lines under Willow Springs Road to service the industrial park. Discussion on the cost difference between a new sleeve cut verses a finding an open sleeve cut from IDOT.

Mr. Walsh discussed a proposed tax revenue sharing program.

Page 8

He will submit a written proposal. Mr. Skrodzki talked about a sales tax rebate agreement with a time cap.

NEW
BUSINESS

Trustee Nowaczyk reported that the University of Illinois is once again sponsoring a leads class for any interested elected officials.

ADJOURN

Motion by Trustee Mannella, second by Trustee Nowaczyk to adjourn. Voice Vote. All Ayes.

Sue M. Fredrickson
Village Clerk

99

REGULAR VILLAGE BOARD MEETING OF THE PRESIDENT
AND BOARD OF TRUSTEES
June 28, 2001

President Terrance M. Carr called the meeting to order at 7:00 P.M.

The Pledge of Allegiance to the Flag was conducted.

| ROLL CALL: | Present | President | Terrance Carr |
|---|---|---|---|
| | | Trustees | Robert Bartunek |
| | | | Nanci Kaczmarek |
| | | | Steve Muscolino |
| | | | Alan Nowaczyk |
| | | Arrived 7:14 p.m. | Mary Jane Mannella |
| | Absent | Trustee | Dorothy Anderson |

| Also Present | | Administrator | Chris Limas |
|---|---|---|---|
| | | Attorney | Richard Skrodzki |
| | | Building Com. | George Kucharchuk |
| | | Engineer | John Hoefferle |
| | | Fire Chief | Robert Kristie |
| | | Police Chief | Jerry Schultz |
| | | Public Works | Jim Chevalier |
| | | Village D. Clerk | Adena Baskovich |

PRESENTATIONS:

Lon Burleson thanked the Village Departments for their continued support towards the I & M Civic Center. He also thanked Mr. Skrodzki for his ongoing support. He announced the 13th Illinois & Michigan Canal Rendezvous will be held Sept. 8 & 9, 2001.

Jean Thode presented the Hometown Award to the Mayor to be kept on display at the Village Hall.

Mayor Carr thanked Jean Thode and stated he will create a new award. It will be named the "Mayor's Cup". The first award will go to the CC Camp and I&M Authority, for their hard work on the newly renovated area, which honors the Old CC Camp.

PUBLIC
HEARING:

None.

*· ιδι*

| | |
|---|---|
| **POLICE &**<br>**FIRE COMMITTEE:** | No report. |
| **LICENSE**<br>**COMMITTEE:** | No report. |
| **ORDINANCE**<br>**COMMITTEE:** | Trustee Bartunek discussed limiting the amount of dogs per house. Mr. Limas will check the village ordinance on dogs. He will look into the possibly of creating an ordinance that would be appropriate. |
| **BUILDING**<br>**COMMITTEE:** | Trustee Nowaczyk announced that the building department has issued 2,408 inspections, 86 certificates of occupancies, 63 reinspection, 23 stop orders, 18 hours of court time and a total of $729,591.92 of building permits from January 2001 to June 25, 2001. |
| | Trustee Nowaczyk informed the board starting July 2, 2001 reinspections will be $50.00 instead of $35.00. This should help curb the amount of reinspections. |
| | The building department is still looking for part time help. |
| **PRESIDENT'S**<br>**REPORT:** | Motion by Trustee Muscolino, second by Trustee Mannella, to approve the temporary appointment of auxillary police officers from July 6 through 8th to assist during the Summer Fest. ROLL CALL: Ayes: Trustees Bartunek, Kaczmarek, Mannella, Muscolino and Nowaczyk. Nays: None. *MOTION CARRIED.* |
| | Motion by Trustee Kazmarek, second by Trustee Nowaczyk to reappoint the following for the fiscal year May 1, 2001-April 30, 2002: |

**Administration:**
Administration- Chris Limas
Village Clerk – Sue Fredrickson

**Clerk's office:**
Deputy Clerk – Adena Baskovich
Fiscal Assistant – Debbie Jablonski
Fiscal Assistant – Beth Eskildson
Part-time Fiscal Assistant- Arlene Morgucz

**Police & Fire Department Heads:**
Police Chief-Jerry Schultz
Fire Chief-Robert Kristie

**Building Department;**
Building Commissioner & Health Officer-George Kucharchuk
Part-time Code Enforcer-James Kubik

**Contractual Services:**
The Firm of Goldstine, Skrodzki, Russian, Nemec & Hoff as Village Prosecutor
Village Attorney-Richard Skrodzki
Village Engineer- John Hoefferle of Hoefferle & Butler
Village Auditor's-William F. Gurrie

**Full-time Police Officers:**
Charles Fisher- Deputy Chief
John Lynn-Lieutenant
Larry Pawlowski-Sergeant
Robert Dymek-Corporal
Phil Wiseman-Corporal
Police Officers:
Frank Bermejo, Gary Carr, Chris Geer,
Michael Giogettie, Brian Hickey,
Robert Jennings, Kara Kush,
Kenneth Radke, Timothy Riereson,
Bobby Simms, Edward Stodolny.

**Part-time Police:**
Stephen Alexander, Hank Boedecker, Thomas Borsilli
Robert Farrell, Ziad Hamideh, William Hopp
Richard Kaczmarek, Ronald Lullo, Edward Ritchie
Charles Salerno, John Szczeniak, John Gieres
Robert Tabordo, Marty Vilimek

**Full-time Radio Communication Operators:**
Sharme Singer, Linda Kawulia, Lisa Gardner,
David Jamison

**Part-time Radio Communication Operators:**
John Carabetsos, Amy Golema, Julie Hemminger

**Police Clerk/Administrative Aide**
Rosemary Hollman

**Police Department Chaplain:**
Father Bahula

**Court Hearing Officer:**
Rosemary Hollman

103

**Crossing Guards:**
Gene Maseika, Monica Dickman, Beatrice Osbourne

**Public Works Staff:**
James Chevalier-Director
John Dehaan-crew leader/mechanic
Maintenance
Joseph Burda- Charles Grima, Jeffrey Lenz
Part-time maintenance/summer only:
James Grant, Justin Simms, John Dehaan Jr.
Shawn Phillips, Brett Bartunek. Angela Powers
Fire Department:
**Assistant Chief:**
Larry Moran , Marty Vilimek
**Captain:**
Mike Kuzmicki, Ben Deanda
Lieutenant:
Ed Linden. Joe Olsen, Keith Radke
Engineers:
Bob Bartunek, Larry Sobzak, James Pape,
Dave Gillenberg, Branden Phillips. John Dehaan
Firemedic:
Andy Bartik, Kristie Koch, Robert Brown, Dan Miller,
Tim Loughney, John Loughney, John Votteier,
Tim Griffin, David Jamison, Shawn Muszynski,
Kelly Kus, William Bobzin, Michael
Kuz, Kevin Remedi. William Anderson. Harry Parks.
Karl Talls, John Weidner.
Firefighter:
Tim Morris, Terry Carr, Larry Galateo, Dana Bartunek,
Richard Mika, Randy Harding, Courtney Foster,
Dan Radtke.

**Police Counselor:**
Lawrence Nikodem

**Village Treasurer:**
Rosemary O'Shea

ROLL CALL: AYES: Trustees: Bartunek, Kaczmarek,
Mannella, Muscolino and Nowaczyk. NAYS: NONE.
*MOTION CARRIED*

ADMINISTRATOR'S
REPORT:

Mr. Limas said that the structural steel will be constructed
for the Village Hall and be completed by the end of the
week.

Mr. Limas met with the Mr. Faganall, Mr. Walsh, and Mayor Carr to discuss the eastside building. Basically all plans have been reverted back to the original plans.

**ATTORNEY'S REPORT:**

Motion by Trustee Mannella, second by Trustee Nowaczyk, to approve Ordinance # 12-0-2001 an ordinance rezoning certain property to the B-1 community shopping district and granting a special use for church and rectory uses (Our Lady Mother of the Church – Cistercian Fathers, 8121 Archer Avenue), ROLL CALL: AYES: Trustees Bartunek, Kaczmarek, Mannella, Muscolino and Nowaczyk. NAYS: None. *Motion Carried.*

Father John Mutz thanked the Board for all they have done to help the Church with their new construction. Also John Gida expressed the gratitude on behalf of the parishioners.

Attorney Skrodzki informed the board that as of today the Illinois State Liquor Commission denied the rehearing for Manion's Liquor license and has revoked their license.

Attorney Skrodzki thanked the village for reappointing his firm.

**ENGINEER'S REPORT:**

Mr. Hoefferle reported on the following:
The flood map is getting closer to being finalized. He stated that next week he would like to meet with the Village Clerk and work on getting out letters to the Fairway Club residents in reference to the new maps. It will effect their flood insurance.

The road project is progressing well. If the weather holds out the project should be done in July or August.

The Burr Ridge comfort station is complete and is ready to open.

Sewer point repair will begin next week and should be completed shortly.

**CLERK'S REPORT:**

It was stated that the carnival would be running from July 6th. Through July 8th. Also everyone was asked to please return their raffle tickets along with the money.

**OLD BUSINESS:**

None.

105

NEW
BUSINESS:                None.

EXECUTIVE
SESSION:                 None.

ADJOURN:                 Motion to adjourn by Trustee Bartunek, second by Trustee
                         Nowaczyk, Voice Vote: ALL AYES. *Motion carried.*
                         Time adjourned 7:38p.m.

                                              Adena Baskovich
                                              Deputy Clerk

205

REGULAR VILLAGE BOARD MEETING OF THE PRESIDENT
AND BOARD OF TRUSTEES
JUNE 13, 2002

The meeting was called to order at 7:00 p.m. by President Terrance M. Carr

The Pledge of Allegiance to the Flag was conducted.

| ROLL CALL: | Present | President | Terrance M. Carr |
| | | Trustees | Robert Bartunek |
| | | | Mary Jane Mannella |
| | | | Steve Muscolino |
| | | | Alan Nowaczyk |
| Absent | | Trustee | Nanci Kaczmarek |
| Also Present | | Attorney | Richard Skrodzki |
| | | Engineer | John Hoefferle |
| | | Police Chief | Jerry Schultz |
| | | Fire Chief | Robert Kristle |
| | | Building Commission | George Kucharchuk |
| | | P W. Director | Jim Chevalier |

PRESENTATIONS    President Carr presented a plaque to Plan Commission
member Mike Podgorny for his dedicated service to the
commission. Mike thanked the board members for the
opportunity to serve on the board and announced that he has
resigned from the commission because he has moved to
Hinsdale..

PUBLIC
HEARING        None.

APPROVAL OF
MINUTES        Motion by Trustee Mannella, second by Trustee Muscolino to
approve the minutes of regular board meeting of
May 23, 2002. ROLL CALL: Ayes: Trustees Bartunek, Mannella,
Muscolino and Nowaczyk. Nays: None. MOTION CARRIED.

OPEN
FLOOR          Motion by Trustee Nowaczyk, second by Trustee Muscolino to
open the floor to the public. Voice Vote. All Ayes.

Mr. Hilliard of Williams Development asked the status of the final
payment to the contractors for the public safety building.
Mr. Limas will work with Williams Development on the completion
of the work and the payment of the final invoices.

Resident Susan Jablon asked the board to consider changing the
village wide garage sale from 2 separate weekends to one
weekend.

CLOSE
FLOOR

Motion by Trustee Bartunek, second by Trustee Nowaczyk to close the floor to the public. Voice Vote. All Ayes.

FINANCE
COMMITTEE

Motion by Trustee Muscolino, second by Trustee Mannella to approve the warrants of June 13, 2002. ROLL CALL: Ayes: Trustees Bartunek, Kaczmarek, Mannella, Musicolino, and Nowaczyk. Nays: None. MOTION CARRIED.

STREET'S & ALLEY'S
COMMITTEE

Trustee Mannella read the public works activity report and the park committee activity report.

POLICE & FIRE
COMMITTEE

Motion by Trustee Muscolino, second by Trustee Bartunek to approve the appointment of Veronica Kristie as a fire fighter. ROLL CALL: Ayes: Trustees Bartunek, Mannella, Muscolino, and Nowaczyk. Nays: None. MOTION CARRIED.

Motion by Trustee Muscolino, second by Trustee Bartunek to Approve the appointment of Michael Korzen to Fire Medic. ROLL CALL: Ayes: Trustees Bartunek, Mannella, Muscolino, And Nowaczyk. Nays: None. MOTION CARRIED.

Trustee Muscolino read the fire department activity report and announced that the fire department has received many positive reviews on the performance surveys that are passed out to patients.

ORDINANCE
REPORT

No report.

LICENSE
REPORT

No report.

BUILDING
COMMITTEE

No report

PRESIDENT'S
REPORT

President Carr announced that he will begin his report with the 2002-03 annual employee appointments.

Motions by Trustee Mannella, second by Trustee, Muscolino to approve the appointment of the following part-time police officers: Henry Boedecker, Thomas Borsilli, Ken Brunke, John Gieres, Ziad Jamideh, Edward Holba, William Hopp, Richard Kaczmarek, Ronald Lullo, Edward Ritchie, Charles Salerno, John Szczesniak, Robert Tabordon and Martin Vilimek. ROLL CALL: Ayes: Trustees: Bartunek, Mannella, Muscolino and Nowaczyk. Nays: None. MOTION CARRIED.

Motions by Trustee Mannella, second by Trustee, Muscolino to approve the appointment of the following full-time communication operators: Linda Kawulia, Margaret Dow, Christine Sobanski and Sharm Singer. ROLL CALL Ayes: Trustees Bartunek, Mannella, Muscolino and Nowaczyk. Nays: None. MOTION CARRIED.

Motions by Trustee Mannella, second by Trustee, Muscolino to approve the appointment of the following part-time communication operators: John Carabetsos, Michael Fries and Amy Golema. ROLL CALL: Ayes Trustees Bartunek, Mannella, Muscolino and Nowaczyk. Nays: None. MOTION CARRIED.

Motions by Trustee Mannella, second by Trustee, Muscolino to approve the appointment of the following police personnel: Administrative Aide/Secretary Rosemary Hollman, Department Counselor Larry Nikodem, Crossing Guards Beatrice Osbourne, Monica Dickman and Gene Mazeika. ROLL CALL. Ayes: Trustees Bartunek, Mannella, Muscolino and Nowaczyk. Nays: None. MOTION CARRIED.

Motions by Trustee Mannella, second by Trustee Muscolino, to approve the appointment of the following fire department personnel: Assistant Chief's Larry Moran and Marty Vilimek, Captain Mike Kuzmicki and Ben Deanda, Lieutenant Joe Olsen, Larry Sobczak and David Gilgenberg, Engineers Bob Bartunek, James Pape, Branden Phillips, John Dehaan, Robert Brown and Dan Miller. Firefighters Terry Carr, Tim Morris. Richard Mika and Paul Ross. Firemedics Kristie, Koch, Tim Loughney, John Votteler, Larry Galateo, David Jamison, Shawn Muszynski, Dana Bartunek, Kelly Kus, William Bobzin, Michael Kus, Jeff Balley, Randy Harding, Courtney Foster, Kevin Remedi, William Anderson, Dan Radtke, John Weidner, Troy Essenburg, Paul Hensley, Joe Ostrander, Robert Denson, Dale Smith and Brad Lambert. ROLL CALL: Ayes: Trustees Bartunek, Mannella, Muscolino and Nowaczyk. Nays: None. MOTION CARRIED.

207

Motions by Trustee Mannella, second by Trustee, Bartunek to affirm President Carr's appointments of the following Department Heads:
Village Administrator Chris Limas, Village Clerk Sue Fredrickson, Police Chief Jerry Schultz, Fire Chief Robert Kristie, Building Commissioner George Kucharchuk and Public Works Director Jim Chevalier. ROLL CALL: Ayes: Trustees: Bartunek, Mannella, Muscolino and Nowaczyk. Nays: None. MOTION CARRIED.

Motions by Trustee Mannella, second by Trustee, Muscolino to approve the appointments of the following administrative employees:
Deputy Clerk Adena Baskovich, Fiscal Assistant Debbie Jablonski, Fiscal Assistant Sharon Richmond, Village Treasurer and Code Enforcement Officer Jim Kubik. ROLL CALL: Ayes:
Trustees: Bartunek, Mannella, Muscolino and Nowaczyk. Nays: None. MOTION CARRIED.

Motions by Trustee Mannella, second by Trustee, to affirm President Carr's appointments of the following:
Village Attorney, Richard Skrodzki, Village Prosecutor, Goldstine, Skrodzki, Russian, Nemec, and Hoff Ltd., Village Prosecutor Jim Healy, Village Engineer John Hoefferle, Village Auditor's Gurrie and Associates. ROLL CALL Ayes: Trustees. Bartunek, Mannella, Muscolino and Nowaczyk. Nays: None. MOTION CARRIED.

Motions by Trustee Mannella, second by Trustee, Nowaczyk to approve the appointments of the following part-time inspector's:
Plumbing Inspector Ray Gibson, Electrical Inspector Wallace Kernell, and Elevator Inspector Bill Marshall. ROLL CALL: Ayes Trustees. Bartunek, Mannella, Muscolino and Nowaczyk. Nays: None. MOTION CARRIED.

Motions by Trustee Mannella, second by Trustee, Muscolino to affirm President Carr's appointments of the following public works personnel:
John DeHaan-crew leader/mechanic, Joseph Burda, Charles Grima, Jeffery Lenz and David Faltin as full time maintenance 1, James Serpico as part time maintenance, Angela Powers, Eric Leonard, Adam Wyczesany, and Eddie Doogan as seasonal /summer workers.  ROLL CALL: Ayes: Trustees Bartunek, Mannella, Muscolino and Nowaczyk. Nays: None. MOTION CARRIED.

Motions by Trustee Mannella, second by Trustee, Muscolino to approve the appointments of the following full time police officers:
Lieutenant John Lynn, Sergeant Larry Pawlowski, Corporals Robert Dymek, Michael Giorgetti and Phillip Wiseman, Police Officers Francisco Bermejo, Gary Carr, Christopher Geer, Robert Jennings, Christine Lacina, Kara Kush, Kenneth Radke, Timothy Reierson, Bobby Sims and Edward Stodolny. ROLL CALL: Ayes: Trustees Bartunek, Mannella, Muscolino and Nowaczyk. Nays: None. MOTION CARRIED.

209

Motion by Trustee Mannella, second by Trustee Muscolino to approve the appointments of Kurt Ellett, Frank Jareczek, and Bill Manders to the police and fire Commission. ROLL CALL:    Trustees Bartunek, Mannella, Muscolino and Nowaczyk. Nays: None. MOTION CARRIED.

President Carr read the Justice – Willow Springs Water Commission annual report.

### ADMINISTRATOR'S
REPORT    Village Administrator, Chris Limas thanked police officer Kara Kush for putting together a DARE to Ride bike – a – thon for the children. Kara did a great job and we' re looking forward to making this an annual event.

### ATTORNEY'S
REPORT    Motion by Trustee Mannella, second by Trustee Muscolino to approve Ordinance No. 15-0-2002 an ordinance granting preliminary and final plat of re-subdivision approval. (Rosemere Re-Subdivision, 11520 Rosemere Ct.) ROLL CALL: Ayes: Trustees Bartunek, Mannella, Muscolino and Nowaczyk. Nays: None. MOTION CARRIED.

Motion by Trustee Mannella, second by Trustee Nowaczyk to approve Ordinance No. 16-0-2002 an ordinance amending ordinance No. 99-0-39 ad ordinance NO. 99-0-46 to correct the legal description. ROLL CALL: Ayes: Trustees Bartunek, Mannella, Muscolino and Nowaczyk. Nays: None. MOTION CARRIED.

### ENGINEER'S
REPORT    Village Engineer John Hoefferle discussed the striping of large metra parking lot and the village hall parking lot. The board members agreed that the striping of the village hall lot should be done with yellow paint.

### CLERK'S
REPORT    The annual garage sales and the upcoming fall festival was Discussed.

Permission was granted to plan a Fishing Derby at the Healing Waters Park. The derby will take place on Saturday, August 3rd at 10:00 a.m.

OLD
BUSINESS    None.

NEW
BUSINESS    None.

EXECUTIVE
SESSION    None.

ADJOURN    Motion by Trustee Mannella, second by Trustee Bartunek to adjourn.
Voice Vote. All Ayes.

Meeting adjourned at 7:41 p.m.

Sue M. Fredrickson
Village Clerk

## REGULAR VILLAGE BOARD MEETING OF THE PRESIDENT
## AND BOARD OF TRUSTEES
## May 8, 2003

The meeting was called to order by President Terrance M. Carr at 7:04 p.m.

| | | | |
|---|---|---|---|
| **ROLL CALL:** | Present | President | Terrance M. Carr |
| | | Trustees | Nanci Kaczmarek<br>Steven Krueger<br>Mary Jane Mannella<br>Steven Muscolino<br>Alan Nowaczyk |
| | Absent | Trustee | Robert Bartunek |
| Also Present: | | Attorney | Richard Skrodzki |
| | | Engineer | John Hoefferle |
| | | Police Chief | John Carpino |
| | | Fire Chief | Robert Kristie |
| | | P.W. Director | Jim Chevalier |
| | | Building | George Kucharchuk |
| | | Administrator | Chris Limas |
| | | Village Clerk | Sue M. Fredrickson |

**PRESENTATIONS**    Mayor Terrance Carr presented Mr. John Mooncotch with a plaque of presentations and appreciation, Mayor Carr announced that Mr. Mooncotch donated 4.5 acres of land within the Village Center.

Motion by Trustee Mannella, second by Trustee Kaczmarek to approve Resolution No. 5-R-2003 honoring Mr. Mooncotch. ROLL CALL: Ayes: Trustees Kaczmarek, Krueger, Mannella, Muscolino and Nowaczyk. Nays: None. MOTION CARRIED.

Mr. Mooncotch thanked the village for the plaque and resolution and stated that he is very proud to have been a part of the Village Center development.

**PUBLIC HEARING**    None.

**APPROVAL OF MINUTES**    Motion by Trustee Nowaczyk, second by Trustee Kaczmarek to approve the Development meeting minutes of April 22, 2003, and the Regular Village Board meeting minutes of April 24, 2003.

**OPEN FLOOR**

Motion by Trustee Krueger, second by Trustee Kaczmarek to open the floor to the public. Voice Vote. All Ayes.

No comments.

**CLOSE FLOOR**

Motion by Trustee Muscolino, second by Trustee Mannella to close the floor to the public. Voice Vote. All Ayes.

**FINANCE REPORT**

Motion by Trustee Kaczmarek, second by Trustee Mannella to approve the Warrants of April 30, 2003 and May 8, 2003. ROLL CALL: Ayes: Trustees Krueger, Kaczmarek, Mannella, Muscolino and Nowaczyk. Nays: None. MOTION CARRIED.

**STREET'S & ALLEY'S COMMITTEE**

Trustee Mannella read the Public Works and the Park Committee activity reports. She announced that the first annual "Clean up Willow" day was very successful.

Motion by Trustee Mannella, second by Trustee Kaczmarek to approve the appointment of Silvi Pirn to the Park Committee. ROLL CALL: Trustees Kaczmarek, Krueger. Mannella, Muscolino and Nowaczyk. Nays: None. MOTION CARRIED.

**POLICE & FIRE COMMITTEE**

Trustee Muscolino passed around 3 design choices for the new squad cars and asked the board to select a choice.

**LICENSE COMMITTEE**

Motion by Trustee Krueger, second by Trustee Kaczmarek to approve the 2003 business license for Image Control Inc. ROLL CALL: Trustees Kaczmarek, Krueger. Mannella, Muscolino and Nowaczyk. Nays: None. MOTION CARRIED.

**ORDINANCE COMMITTEE**

No report.

**BUILDING COMMITTEE**

Trustee Nowaczyk gave a report on the tree removal at the property adjacent to the Community Senior Center. He explained that the property owner removed 40 village trees and they will be appearing in court on May 22nd.

Trustee Nowaczyk reported on the street lighting schedule for the Village Center.

**PRESIDENT'S**
**REPORT**          Motion by Trustee Muscolino, second by Trustee Nowaczyk to
affirm the appointments of the following personnel:

## DEPARTMENT HEADS

| | |
|---|---|
| Village Administrator | Chris Limas |
| Village Clerk | Sue Fredrickson |
| Police Chief | John Carpino |
| Fire Chief | Robert Kriste |
| Public Works Director | Jim Chevalier |
| Building Commissioner & Health Officer | George Kucharchuk |

## Administrative Employees

| | |
|---|---|
| Deputy Clerk | Adena Bdskovich |
| Fiscal Assistant | Debbie Jablonski |
| Fiscal Assistant | Sharon Richmond |
| Village Treasurer | Rose Mary O'Shea |

## Appointments

| | |
|---|---|
| Village Attorney | Richard Skrodzki |
| Village Prosecutor. | ~~Jim Healy~~ Goldstine, Russian, Nemec And Hof |
| Village Engineer | John Hoefferle |
| Village Auditor | Gurrie and Associates |

## Part-time Inspectors

| | |
|---|---|
| Building & Code Enforcement Inspector | Jim Kubik |
| Plumbing Inspector | Ray Gibson |
| Electrical & HVAC Inspector | Wallace Kernell |
| Elevator Inspector | Bill Marshall |

## Public Works Personnel

| | |
|---|---|
| Crew Leader / Mechanic | John DeHaan |
| Maintenance Worker 1 | Joseph Burda |
| | Jeffery Lenz |
| | Charles Grima |
| Part-time Maintenance Worker | James Serpico |
| Seasonal Part-time | Edward Doogan |
| | Eric Leonard |
| | Angela Powers |
| | Adam Wyczesany |
| | Kattie Kriste |

## Full-time Police Officers

| | |
|---|---|
| Commander | Sam Pulia |

# WILLOW SPRINGS FIRE - RESCUE
## APPOINTMENT LIST

| | RANK | NAME | | | |
|---|---|---|---|---|---|
| 6100 | CHIEF | ROBERT KRISTIE | | | |
| 6101 | ASST. CHIEF | LARRY MORAN | | | |
| | | | | | |
| 6103 | CAPTAIN | MIKE KUZMICKI | | | |
| 6104 | CAPTAIN | BEN DEANDA | | | |
| | | | | | |
| 6105 | LIEUTENANT | TIM MORRIS | | | |
| 6106 | LIEUTENANT | DAVE GILGENBERG | | | |
| 6107 | LIEUTENANT | JOE OLSEN | | | |
| 6108 | LIEUTENANT | BOB BROWN | | | |
| | | | | | |
| 13 | ENGINEER | BOB BARTUNEK | | | |
| 24 | ENGINEER | JAMES PAPE | | | |
| 1 | ENGINEER | BRANDEN PHILLIPS | | | |
| 23 | ENGINEER | JOHN DEHAAN | | | |
| 10 | ENGINEER | DAN MILLER | | | |
| 29 | ENGINEER | SHAWN MUSZYNSKI | | | |
| 27 | ENGINEER | JEFF BAILEY | | | |
| 32 | ENGINEER | WILLIAM BOBZIN | | | |
| 11 | ENGINEER | JOHN VOTTELER | | | |
| | | | | | |
| 22 | FIREMEDIC | KRISTIE KOCH | | | |
| 14 | FIREMEDIC | TIM LOUGHNEY | | | |
| 16 | FIREFIGHTER | TERRY CARR | | | |
| 12 | FIREMEDIC | LARRY GALATEO | | | |
| 6 | FIREMEDIC | DAVE JAMISON | | | |
| 30 | FIREMEDIC | DANA BARTUNEK | | | |
| 31 | FIREMEDIC | KELLY KUS | | | |
| 34 | FIREMEDIC | MICHAEL KUS | | | |
| 28 | FIREMEDIC | RANDY HARDING | | | |
| 26 | FIREMEDIC | COURTNEY FOSTER | | | |
| 25 | FIREMEDIC | WILLIAM ANDERSON | | | |
| 4 | FIREMEDIC | JOHN WEIDNER | | | |
| 36 | FIREMEDIC | TROY ESSENBURG | | | |
| 20 | FIREFIGHTER | PAUL ROSS | | | |
| 37 | FIREMEDIC | JOE OSTRANDER | | | |
| 38 | FIREMEDIC | ROBERT DENSON | | | |
| 3 | FIREMEDIC | DALE SMITH | | | |
| 40 | FIREFIGHTER | VERONICA KRISTIE | | | |
| 19 | FIREFIGHTER | BRIDGETTE PASEK | | | |
| 7 | FIREFIGHTER | JIM VOTTELER | | | |
| 39 | FIREFIGHTER | ROBERT O'LOUGHLIN | | | |
| 2 | FIREMEDIC | ROBERT MURPHY | | | |
| 35 | FIREMEDIC | THOMAS BARKER | | | |
| | FIREMEDIC | STEVE MERVA | | | |
| | FIREMEDIC | LISA ZOLLNER | | | |
| | FIREMEDIC | PATRICK MCBRIEN | | | |

### Part-time Police Officers

Henry Boedecker
Thomas Borsilli
Ken Brunke
John Gieres
Ziad Hamideh
Luke Hartigan
Edward Holba
William Hopp
Richard Kaczmarek
Ronald Lullo
Richard Matteson
Edward Richie
Charles Salerno
John Szczesniak
Robert Tabordon

### Full-time Communication Operators

Margaret Dow
Linda Kawulia
Sharme Singer
Christina Sobanski

### Part-time Communication Operators

John Carabetsos
John Nikischer
Jeff Oswalt

### Police Personnel

Administrative Aide/Secretary
Department Counselor
Crossing Guards

Rose Hollman
Larry Nikodem
Monica Dickman
Gene Mazeika
Beatrice Osbourne

Fire Department Personnel – See Attached list.

ROLL CALL: Ayes: Trustees Kaczmarek, Krueger, Mannella, Muscolino and Nowaczyk. Nays: None. MOTION CARRIED.

President Carr read a letter thanking the public works department and Trustee Kaczmarek for installing speed bumps on School Street. He also read a letter thanking the fire department for teaching them how to properly install their children's safety seat.

**ADMINISTRATOR'S REPORT**      No report.

**ATTORNEY'S REPORT**      No report.

**ENGINEER'S REPORT**      No report.

**CLERK'S REPORT**      I read a letter from Girl Scout Troup 398 thanking the Village for allowing them to collect donations for the Soldiers by placing a collection can at the village hall.

**OLD BUSINESS**      . None.

**NEW BUSINESS**      Trustees Steven Krueger and Alan Nowaczyk were sworn in to their positions of Trustees from April 1, 2003 through April 2007.

**EXECUTIVE SESSION**      Motion by Trustee Mannella, second by Trustee Krueger to go into executive session to discuss potential litigation. ROLL CALL: Ayes: Trustees Kaczmarek, Krueger, Mannella, Muscolino and Nowaczyk. Nays: None. MOTION CARRIED.

Executive Session began at 8:00 p.m.

Executive Session ended at 8:30 p.m.

**ADJOURN**      Motion by Trustee Mannella, second by Trustee Muscolino to adjourn. Voice Vote. All Ayes.

The meeting adjourned at 8:31 p.m.

Sue M. Fredrickson
Village Clerk

# REGULAR VILLAGE BOARD MEETING OF THE PRESIDENT
## AND BOARD OF TRUSTEES
### May 13, 2004

The meeting was called to order by President Terrance M. Carr at 7:04 p.m.

| ROLL CALL: | Present | President | Terrance M. Carr |
| --- | --- | --- | --- |
| | | Trustees | Robert Bartunek |
| | | | Steve Krueger |
| | | | Nanci Kaczmarek |
| | Arrived 7:35 p.m. | | Mary Jane Mannella |
| | | | Steven Muscolino |
| | | | Alan Nowaczyk |

| Also Present: | Attorney | Richard Skrodzki |
| --- | --- | --- |
| | Police Chief | John Carpino |
| | Administrator | Chris Limas |
| | Building | George Kucharchuk |
| | Public Works | Jim Chevalier |
| | Village Clerk | Sue M. Fredrickson |
| | Deputy Chief | Larry Moran |

The Pledge of Allegiance to the Flag was conducted.

## PRESENTATIONS

President Carr presented a plaque in memory of Fire Chief Bob Kristie to his family.

A moment of silence was held in memory of Bob.

I spoke of memories of working with Bob and read a resolution honoring his life and his dedication to the village.

Motion by Trustee Bartunek, second by Trustee Kaczmarek to approve Resolution 1 –R-2004. ROLL CALL: Ayes Trustees Bartunek, Krueger, Kaczmarek, Muscolino and Nowaczyk. Nays: None. MOTION CARRIED.

President Carr presented a plaque to Kurt Ettelt thanking him for his dedication and service on the Fire & Police Commission.

## PUBLIC HEARING

None.

**APPROVAL OF MINUTES**

Motion by Trustee Nowaczyk, second by Trustee Bartunek to approve the Regular Village Board meeting of April 22, 2004, ROLL CALL: Bartunek, Nowaczyk. Abstain: Krueger, Kaczmarek, Muscolino. Nays None. MOTION CARRIED.

**OPEN FLOOR**

Motion by Trustee Bartunek, second by Trustee Nowaczyk to open the floor to the public. Voice Vote. All Ayes.

Stan Bielski, 105 Oakwood, asked the board to vote in favor of his proposed townhome project. He read a letter to them.

Ms. Beth Sorn, 8447 Archer Avenue asked the board to vote against the townhome project. She stated that it would be in the best interest of the residents in the area.

**CLOSE FLOOR**

Motion by Trustee Muscolino, second by Trustee Bartunek to close the floor. Voice Vote. All Ayes

**FINANCE COMMITTEE**

Motion by Trustee Kaczmarek, second by Trustee Bartunek to approve the Warrants of May 13, 2004. ROLL CALL: Ayes: Trustee Bartunek, Krueger, Kaczmarek, Muscolino and Nowaczyk. Nays: None. MOTION CARRIED.

**STREET'S & ALLEY'S COMMITTEE**

Trustee Nowaczyk read the public works activity report which included a report on mosquito control and the installation of speed bumps in several areas.

Trustee Nowaczyk reported that Tennis Lessons will be available this summer at Lions Park.

**POLICE & FIRE COMMITTEE**

Motion by Trustee Muscolino, second by Trustee Bartunek, to approve the appointment of Jeremy Carr as a part-time police officer. ROLL CALL: Ayes: Trustees Bartunek, Krueger, Kaczmarek, Muscolino and Nowaczyk. Nays: None. MOTION CARRIED.

**LICENSE COMMITTEE**

Motion by Trustee Krueger, second by Trustee Kaczmarek to approve the 2004 business license for Tropical Sno.

Motion by Trustee Kaczmarek, second by Trustee Nowaczyk to approve Ordinance No. 14-0-2004 declaring certain personal property as surplus personal property: ROLL CALL: Ayes: Trustees Bartunek, Krueger, Kaczmarek, Mannella, Muscolino, and Nowaczyk. Nays: None. MOTION CARRIED.

The board discussed the plan commission's recommendation to rezone the property at 105 Oakwood from B1 to B3 Residence District with a Special Use Permit for Planned Residential Development.

Trustee Kaczmarek complemented the applicant on his thoroughness and she stated that she gave the application a lot of consideration but is uncomfortable with the spot zoning that this would create and is concerned about the feelings of the surrounding residents.

Trustee Mannella stated that in a situation like this someone will lose. Either the applicant, who has spent a lot of time and money trying to get the project approved, or the current home owners, who feel that the project will impact their properties.

Trustee Muscolino stated that a single family home whether a two story or a ranch according to the current building standard will be at least 2700 square feet. He also stated that even with a single family home the chances of there being 5 cars is very likely.

Trustee Krueger asked the audience to please be considerate of both the applicant and the residents in the area when the vote is taken. He stated that someone will lose tonight and he hopes that will be taken into consideration.

Motion by Trustee Mannella, second by Trustee Nowaczyk, to reject and deny the Plan Commission's recommendations to rezone the property at 105 Oakwood from B1 to R3. and to deny the Special Use Permit for Planned Residential Development. ROLL CALL: Ayes: Trustees Bartunek, Krueger, Kaczmarek, Mannella and Nowaczyk. Nays: Trustee Muscolino. MOTION CARRIED.

Motion by Trustee Mannella, second by Trustee Krueger to proceed with a Public Hearing before the Plan Commission regarding amendments to the zoning code to establish a variance for the construction of fences past the building line on the side yard of corner lots. ROLL CALL: Ayes: Trustees Bartunek, Krueger, Kaczmarek, Mannella, Muscolino, and Nowaczyk. Nays: None. MOTION CARRIED.

ROLL CALL: Ayes: Trustees Bartunek, Krueger, Kaczmarek, Muscolino and Nowaczyk. Nays: None. MOTION CARRIED.

**ORDINANCE COMMITTEE**

No report.

**BUILDING COMMITTEE**

No report.

**PRESIDENT'S REPORT**

President Carr requested a $25.00 donation to the Cadet Girl Scout Troop. The donation was approved.

President Carr reminded the board that the Southwest Council of Mayors will be holding its annual dinner on May 26th.

**ADMINISTRATOR'S REPORT**

Village Administrator Chris Limas thanked Kurt Ettelt for his service as Chairman of the Fire & Police Commission.

**ATTORNEY'S REPORT**

Motion by Trustee Nowaczyk, second by Trustee Muscolino to approve Ordinance No. 11-0-2004 amending permit fees for construction and remodeling: ROLL CALL: Ayes: Trustees Bartunek, Krueger, Kaczmarek, Muscolino and Nowaczyk. Nays: None. MOTION CARRIED.

Motion by Trustee Kaczmarek, second by Trustee Krueger to approve Ordinance No. 12-0-2004 establishing rules for the conduct of meetings via electronically. ROLL CALL: Ayes: Trustees Bartunek, Krueger, Kaczmarek, Muscolino and Nowaczyk. Nays: None. MOTION CARRIED.

Motion by Trustee Kaczmarek, second by Trustee Nowaczyk to approve Ordinance No. 13-0-2004 which executes a lease purchase agreement for financing the acquisition of a new police communication system.: ROLL CALL: Ayes: Trustees Bartunek, Krueger, Kaczmarek, Muscolino and Nowaczyk. Nays: None. MOTION CARRIED.

Trustee Mannella arrived.

**ENGINNEER'S REPORT**

Motion by Trustee Mannella, second by Trustee Kaczmarek to accept the low bid in the amount of $131,320.40 for the alley improvements and authorize the village clerk to sign the required documents. ROLL CALL: Ayes: Trustees Bartunek, Krueger, Kaczmarek, Mannella, Muscolino, and Nowaczyk. Nays: None. MOTION CARRIED.

Engineer John Hoefferle reported that the MFT Resolution to approve the funding for the alley work has been previously approved.

Engineer John Hoefferle reported that the sewer contract for the road reconstruction project is in order and needs to be executed by President Carr.

John reported that Hilton Avenue paving and striping has been completed.

**CLERK'S REPORT**

I was given approval to sign and return the certification for the Heritage Corridor acknowledging that they are the tourist and visitors bureau for the Village of Willow Springs.

I read thank you letters from the Senior Club, Lions Club, and residents who attended an AARP driving class at the village hall.

**OLD BUSINESS**

None.

**EXECUTIVE SESSION**

Motion by Trustee Mannella, second by Trustee Krueger, to go into executive session to discuss personnel and property acquisition. ROLL CALL: Ayes: Trustees Bartunek, Krueger, Kaczmarek, Mannella, Muscolino, and Nowaczyk. Nays: None. MOTION CARRIED.

Motion by Trustee Mannella, second by Trustee Krueger to approve the following 2004-2005 fiscal year appointments:

## Department Heads

| | |
|---|---|
| Village Administrator | Chris Limas |
| Village Clerk | Sue Fredrickson |
| Police Chief    May 1, 2004- June 30, 2004 | John Carpino |
| Public Works Director | Jim Chevalier |
| Building Commissioner & Health Officer | George Kucharchuk |
| Acting Fire Chief | Larry Moran |

## Administrative Employees

| | |
|---|---|
| Deputy Clerk | Adena Baskovich ' |
| Fiscal Assistant | Debbie Jablonski |
| Fiscal Assistant | Sharon Richmond |
| Acting Village Treasurer | Chris Limas |

## Appointments

| | |
|---|---|
| Village Attorney | Richard Skrodzki |
| Village Prosecutor | Goldstine, Skrodzki, Russian, Nemec |
| Village Engineer | John Hoefferle |
| Village Auditor | Gurrie and Associates |

## Part-Time Inspectors

| | |
|---|---|
| Plumbing Inspector | Ray Gibson |
| Electrical & Building Inspector | Jeff Alter |
| Elevator Inspector | Bill Marshall |

## Full Time Public Works Employees

| | |
|---|---|
| Crew Leader/ Mechanic | John De Haan |
| Maintenance 1 | Joseph F. Burda |
| Maintenance 1 | Charles P. Grima |
| Maintenance 1 | Jeff. A Lenz |
| Maintenance 1 | Daniel R. Fanciullacci |
| Maintenance 1 | Kevin J. O'Donnell |
| Part-time Maintenance | Jim Serpico |

| | |
|---|---|
| Lieutenant | Robert Brown |
| Lieutenant | John Weidner |
| Lieutenant | William Bobzin |
| Lieutenant | Dan Miller |
| Lieutenant | Paul Ross |
| | |
| Engineer | Bob Bartunek |
| Engineer | John Dehaan |
| Engineer | John Votteler |
| Engineer | Dave Jamison |
| Engineer | Jeff Bailey |
| Engineer | Randy Harding |
| Engineer | Courtney Foster |
| Engineer | William Anderson |
| Engineer | Troy Essenburg |
| | |
| Firemedic | Kristie Koch |
| Firemedic | Tim Loughney |
| Firefighter | Terry Carr |
| Firemedic | Larry Galateo |
| Firemedic | Dana Bartunek |
| Firemedic | Kelly Browning |
| Firemedic | Robert Denson |
| Firemedic | Dale Smith |
| Firefighter | Veronica Kristie |
| Firefighter | Jim Votteler |
| Firemedic | Robert Murphy |
| Firemedic | Thomas Barker |
| Firemedic | Steve Merva |
| Firemedic | Lisa Zollner |
| Firemedic | Patrick McBrien |
| Firemedic | Paul Kristopaitis |
| Firefighter | Keith Jager |
| Firemedic | Brian Ross |
| Firemedic | Scott Mattison |
| Firemedic | Luke Perisin |

## Part-Time Summer Help

| | |
|---|---|
| Summer | Rion S. Katz |
| Summer | Kattie Kristie |
| Summer | Nicholas S. Muscolino |
| Summer | Angela G. Powers |
| Summer | Joe M. Scavuzzo |
| Summer | Adam E. Wyczesany |

## Administrative Aid/Secretary

Rosemary Hollman

## Full Time
## Communication Operators

Rosemary Hollman
Christina Sobanski
Linda Kawulia
Margaret Dow
Sharme Singer

## Part Time
## Communication Operators

Kathy Olesch
Kelley O'Rourke

John Carabetsos

## Crossing Guards

Monica Dickman
Gene Mazeika
Beatrice Osbourne

## Department Counselor

Larry Nikodem

## Fire Department Personnel

| | |
|---|---|
| Captain | Ben Deanda |
| Captain | Mike Kuzmicki |
| Captain | Dave Gilgenberg |

ROLL CALL: Ayes: Trustee Bartunek, Krueger, Kaczmarek, Mannella, Muscolino and Nowaczyk. Nays: None. MOTION CARRIED.

**NEW BUSINESS**

Motion by Trustee Mannella, second by Trustee Nowaczyk to direct the village attorney to draft an ordinance creating a Lieutenant's position within the police department. ROLL CALL: Ayes: Trustees Mannella, Muscolino and Nowaczyk. Nays: Trustee Krueger and Kaczmarek. Abstain: Trustee Bartuenk. Nays: None. MOTION CARRIED.

**ADJOURN**

Motion by Trustee Muscolino, second by Trustee Nowaczyk, to adjourn. Voice Vote. All Ayes.

Meeting adjourned at 900 p.m.

Sue M. Fredrickson
Village Clerk

SPECIAL BOARD MEETING OF THE PRESIDENT
AND BOARD OF TRUSTEES
OCTOBER 20, 2005

The meeting was called to order at 6:30 p.m. by President Alan Nowaczyk.

The Pledge of Allegiance to the Flag was conducted.

| ROLL CALL: | Present | President<br>Trustees | Alan Nowaczyk<br>Robert Bartunek<br>Annette Kaptur<br>Steve Krueger<br>Bob Mesec<br>Michael Smith |
|---|---|---|---|
| Also Present | | Administrator<br>Engineer<br>Fire Captain<br>P.W. Director<br>Village Clerk | Chris Limas<br>John Hoefferle<br>Ben Deanda<br>Jim Chevalier<br>Sue M. Fredrickson |

EXECUTIVE
SESSION

Motion by Trustee Kaptur, second by Trustee Smith to go into
Executive Session to discuss personnel. ROLL CALL: Ayes:
Trustees Bartunek, Kaptur, Krueger, Mesec and Smith. Nays:
None. MOTION CARRIED.

Executive Session began at 6:36 p.m.

Executive Session ended at 6:47 p.m.

| ROLL CALL: | Present | President<br>Trustees | Alan Nowaczyk<br>Robert Bartunek<br>Annette Kaptur<br>Steve Krueger<br>Bob Mesec<br>Michael Smith |
|---|---|---|---|

PRESIDENT'S
REPORT

Motion by Trustee Krueger, second by Trustee Kaptur to
approve the appointment of Chris Limas as Village Administrator.
ROLL CALL: Ayes: Trustees Bartunek, Kaptur, Krueger, Mesec
and Smith. Nays: None. MOTION CARRIED.

Motion by Trustee Krueger, second by Trustee Smith to
approve the appointment of Sue Fredrickson as Village Clerk.
ROLL CALL: Ayes: Trustees Bartunek, Kaptur, Krueger, Mesec
and Smith. Nays: None. MOTION CARRIED.

Motion by Trustee Krueger, second by Trustee Kaptur to
approve the appointment of Roger Alexander as Police Chief.

ROLL CALL:  Ayes: Trustees Kaptur, Krueger and Mesec.
Nays: Trustees Bartunek and Smith.  MOTION CARRIED.

Motion by Trustee Kaptur, second by Trustee Smith to
approve the appointment of Jim Chevalier as Public Works
Director. ROLL CALL: Ayes: Trustees Bartunek, Kaptur, Krueger,
Mesec and Smith. Nays: None.  MOTION CARRIED.

Motion by Trustee Bartunek, second by Trustee Krueger to
approve the appointment of George Kucharchuk as Building
Commissioner. ROLL CALL: Ayes: Trustees Bartunek, Kaptur,
Krueger, Mesec and Smith. Nays: None.  MOTION CARRIED.

Motion by Trustee Bartunek, second by Trustee Smith to
approve the appointment of Larry Moran as Fire Chief.
ROLL CALL:  Ayes: Trustees Bartunek, Kaptur, Krueger, Mesec
and Smith. Nays: None.  MOTION CARRIED.

Motion by Trustee Krueger, second by Trustee Kaptur to
approve the appointments of Adena Baskovich as Deputy Clerk,
Debbie Jablonski as Fiscal Assistant, Sharon Richmond as Fiscal
Assistant and Chris Limas as Acting Village Treasurer.
ROLL CALL:  Ayes: Trustees Bartunek, Kaptur, Krueger, Mesec
and Smith. Nays: None.  MOTION CARRIED.

Motion by Trustee Krueger, second by Trustee Kaptur to
approve the appointments of John Hoefferle as Village Engineer
and Gurrie and Associates as Village Auditors. ROLL CALL: Ayes:
Trustees Bartunek, Kaptur, Krueger, Mesec and Smith. Nays:
None.  MOTION CARRIED.

Motion by Trustee Bartunek, second by Trustee Kaptur to
approve the appointments of Ray Gibson as Plumbing Inspector
and Bill Marshall as Elevator Inspector. ROLL CALL: Ayes:
Trustees Bartunek, Kaptur, Krueger, Mesec and Smith. Nays:
None.  MOTION CARRIED.

Motion by Trustee Mesec, second by Trustee Kaptur to
approve the appointments of John DeHaan as Public Works
Superintendent, James Serpico as Maintenance Worker and
Kattie Kristie as Clerical Worker.  ROLL CALL:      Ayes:
Trustees Bartunek, Kaptur, Krueger, Mesec and Smith. Nays:
None.  MOTION CARRIED.

Motion by Trustee Smith, second by Trustee Kaptur to
approve the appointments of John Lynn as Police Lieutenant,
Larry Pawlowski as Police Sergeant, Rose Mary Hollman as
Administrative Aid, Full Time Telecommunication Operator and
Telecommunication Supervisor, Margaret Dow, Linda Kawulia,
Sharme Singer and Christina Sobanski as Full Time Radio
Communication Operators, Kathy Olesch and Laurie Frohlich as

Part Time Radio Communication Operators and Larry Nikodem as
Police Counselor.   ROLL CALL:      Ayes: Trustees Bartunek,
Kaptur, Krueger, Mesec and Smith. Nays: None. MOTION
CARRIED.

Motion by Trustee Bartunek, second by Trustee Kaptur to
approve the appointments of the following Fire Department
personnel:

Anderson, William Lieutenant, Ayers, Kimberly FF/Medic
Bailey, Jeff Lieutenant, Barker, Thomas R Engineer
Bartunek, Robert Engineer, Brown, Robert T Captain
Browning, Kelly B FF/Medic, DeAnda, Benjamin Captain
DeHaan, John Captain, Denson, Robert A FF/Medic,
Foster, Courtney E Engineer, Gasparas, Robert J FF/Medic,
Gilgenberg, Dave E Captain, Harding, Randy L engineer,
Hermann, Elizabeth A FF/Medic, Jager, Keith FF – EMT Jamison,
Dave L Engineer, Kristie, Veronica Firefighter, Markese, Sheila
FF/Medi, McBrien, Patrick K FF/Medic, Merva, Steve J Engineer,
Miller, Dan J Lieutenant, Murphy, Robert Thomas Engineer, Pape,
James T Engineer, Perisin, Luke S Engineer, Rath, Jeff FF/Medic,
Ross, Brian Edward FF/Medic, Ross, Paul L Lieutenant, Smith,
Jeffrey FF/Medic, Truffa, John R FF/Medic, Votteler, Jim
FF/Medic, Votteler, John C Lieutenant, Weidner, John Captain,
Zapp, Annette M FF/Medic, and Zollner, Lisa FF/Medic.

ROLL CALL: Ayes: Trustees Bartunek, Kaptur, Krueger, Mesec,
and Smith. Nays: None. MOTION CARRIED.

ADJOURN          Motion by Trustee Krueger, second by Trustee Kaptur to adjourn.
                 Voice Vote. All Ayes

                 Meeting adjourned at 7:05 p.m.

                                          Sue Fredrickson

                                          Sue M. Fredrickson
                                          Village Clerk

RECEIVED BY
COOK CO. CLERKS OFFICE

DEC 2 2 2006

DAVID ORR
TAX EXTENSION DIVISION

ORDINANCE NO. 41-O-2006

AN ORDINANCE FOR THE LEVY, ASSESSMENT AND COLLECTION
OF TAXES FOR THE VILLAGE OF WILLOW SPRINGS, COOK COUNTY,
ILLINOIS, FOR THE FISCAL YEAR BEGINNING ON THE 1ST DAY OF
MAY, 2006, AND ENDING ON THE 30TH OF APRIL, 2007

VILLAGE OF WILLOW SPRINGS,
COOK COUNTY, ILLINOIS

Published in pamphlet form this 21st day of December, 2006, by authority of the Village
President and Board of Trustees of the Village of Willow Springs, Cook County, Illinois

1

**Group Exhibit B**



VILLAGE OF WILLOW SPRINGS,
COOK COUNTY, ILLINOIS

ORDINANCE NO 41-O-2006

AN ORDINANCE FOR THE LEVY, ASSESSMENT AND COLLECTION
OF TAXES FOR THE VILLAGE OF WILLOW SPRINGS, COOK COUNTY,
ILLINOIS, FOR THE FISCAL YEAR BEGINNING ON THE 1st DAY OF
MAY, 2006, AND ENDING ON THE 30th DAY OF APRIL, 2007

BE IT ORDAINED BY THE VILLAGE PRESIDENT AND BOARD OF TRUSTEES

OF THE VILLAGE OF WILLOW SPRINGS, COOK COUNTY, ILLINOIS:

The amount of taxes for the present current fiscal year beginning May 1, 2006, and

ending April 30, 2007, for all corporate purposes, exclusive of the sums, if any, necessary

to retire general corporate bonds, bonded indebtedness and election costs of the Village of

Willow Springs, and interest thereon, and the interest upon unmatured bonds to be levied

on all property of the Village of Willow Springs, including railroads, as the same are

assessed and equalized for State and County purposes of the said year, be and the same

are hereby fixed at **ONE MILLION SIX HUNDRED SEVENTYFOUR THOUSAND SEVEN**

**HUNDRED SIXTY AND 00/100THS DOLLARS ($1,674,760.00)** and the same is hereby

accordingly levied upon all property in said Village of Willow Springs, Cook County, Illinois,

subject to taxation as aforesaid.

That the said sum of **ONE MILLION SIX HUNDRED SEVENTY FOUR THOUSAND**

**SEVEN HUNDRED SIXTY AND 00/100THS DOLLARS ($1,674,760.00)** being taxes to be

levied for the fiscal year as described in Sections I, II and III of this Ordinance shall, when

received, be used for the purpose of paying the following items for each of which an

2

appropriation has heretofore been made in the Annual Budget Ordinance passed

by the Village President and Board of Trustees of the Village of Willow Springs on

the 21st day of April, 2006, as Ordinance 11-O-2006 and published by order of the

Village President and Board of Trustees of the Village of Willow Springs, Cook

County, Illinois, in pamphlet form, commencing April 21, 2006, required by law, as

will more fully appear from the certificate endorsed upon said original Ordinance

now on file in the Office of the Village Clerk of said Village of Willow Springs.

## SECTION I - GENERAL CORPORATE FUND

That the following sums, or so much thereof as may be authorized by law,

be and the same are hereby levied for the Corporate Purposes of the Village of

Willow Springs, Cook County, Illinois, as herein specified and set forth for the fiscal

year beginning on the first day of May, 2006, and ending on the 30th day of April,

2007:

| ACCOUNT NO. | ACCOUNT DESCRIPTION | AMOUNT BUDGETED | AMOUNT TO BE FUNDED BY OTHER SOURCES | AMOUNT TO BE FUNDED BY TAX LEVY |
|---|---|---|---|---|
| 10 51 10 111 | PRESIDENT | $3,000 | $0 | $3,000 |
| 10 51 10 112 | LIQUOR CONTROL COMMISSIONER | 200 | 200 | $0 |
| 10 51 10 113 | TRUSTEES | 14,400 | 0 | $14,400 |
| 10 51 10 114 | VILLAGE CLERK / COLLECTOR | 59,201 | 29,201 | $30,000 |
| 10 51 10 115 | VILLAGE ADMINISTRATOR | 80,640 | 40,640 | $40,000 |
| 10 51 10 116 | PLAN COMMISSION MEMBERS | 2,000 | 2,000 | $0 |
| 10 51 10 117 | DEPUTY CLERK | 38,596 | 8,596 | $30,000 |
| 10 51 10 118 | BUILDING COMMISSIONER | 66,861 | 66,861 | $0 |

3

| ACCOUNT NO. | ACCOUNT DESCRIPTION | AMOUNT BUDGETED | AMOUNT TO BE FUNDED BY OTHER SOURCES | AMOUNT TO BE FUNDED BY TAX LEVY |
|---|---|---|---|---|
| 10 51 10 136 | OFFICE CLERICAL | $64,583 | $4,583 | $60,000 |
| 10 51 10 137 | CLERICAL OVERTIME | 2,000 | 2,000 | $0 |
| 10 51 10 181 | HEALTH INSURANCE | 40,000 | 5,000 | $35,000 |
| 10 51 10 182 | SOCIAL SECURITY / MEDICARE | 25,015 | 5,015 | $20,000 |
| 10 51 10 183 | ILLINOIS MUNICIPAL RETIREMENT | 8,500 | | $8,500 |
| 10 51 10 184 | DENTAL INSURANCE | 5,000 | 5,000 | $0 |
| 10 51 10 185 | LIFE/AD & D INSURANCE | 2,300 | 2,300 | $0 |
| 10 51 20 208 | BUILDING INSPECTOR | 17,860 | 0 | $17,860 |
| 10 51 20 209 | ELECTRICAL INSPECTOR | 7,000 | 7,000 | $0 |
| 10 51 20 210 | PLUMBING INSPECTOR | 7,000 | 7,000 | $0 |
| 10 51 20 211 | ELEVATOR INSPECTOR | 1,000 | 1,000 | $0 |
| 10 51 20 212 | PROSECUTOR FEES | 5,000 | 5,000 | $0 |
| 10 51 20 213 | LEGAL FEES | 150,000 | 100,000 | $50,000 |
| 10 51 20 214 | ENGINEERING SERVICES | 110,000 | 60,000 | $50,000 |
| 10 51 20 216 | AUDIT AND ACCOUNTING SERVICES | 75,000 | 25,000 | $50,000 |
| 10 51 20 217 | DATA PROCESSING SERVICES | 10,000 | 0 | $10,000 |
| 10 51 20 218 | PLANNING CONSULTANT SERVICES | 40,000 | 0 | $40,000 |
| 10 51 20 219 | PROFESSIONAL SERVICES | 50,000 | 0 | $50,000 |
| 10 51 20 220 | ARCHITECT FEES | 6,000 | 3,000 | $3,000 |
| 10 51 20 221 | UTILITIES | 8,000 | 0 | $8,000 |
| 10 51 20 230 | SERVICE AGREEMENTS | 5,000 | 0 | $5,000 |
| 10 51 20 232 | MAINTENANCE OF EQUIPMENT | 5,000 | 5,000 | $0 |
| 10 51 20 233 | MAINTENANCE OF VEHICLES | 1,000 | 1,000 | $0 |
| 10 51 20 234 | BUILDING MAINTENANCE | 5,000 | 5,000 | $0 |
| 10 51 20 239 | OTHER MAINTENANCE | 500 | 500 | $0 |
| 10 51 20 241 | POSTAGE | 10,000 | 10,000 | $0 |
| 10 51 20 242 | TELEPHONE | 40,000 | 40,000 | $0 |
| 10 51 20 243 | PUBLISHING | 8,000 | 8,000 | $0 |
| 10 51 20 244 | PRINTING | 30,000 | 30,000 | $0 |
| 10 51 20 245 | PUBLICATIONS | 1,500 | 1,500 | $0 |
| 10 51 20 246 | STREET LIGHTING | 25,000 | 15,000 | $10,000 |
| 10 51 20 251 | DUES | 15,000 | 10,000 | $5,000 |
| 10 51 20 252 | TRAVEL EXPENSES | 4,000 | 4,000 | $0 |
| 10 51 20 253 | TRAINING | 3,000 | 3,000 | $0 |
| 10 51 20 254 | SEMINARS AND MEETINGS | 5,000 | 5,000 | $0 |
| 10 51 20 256 | CONFERENCES | 1,500 | 1,500 | $0 |
| 10 51 20 260 | INSURANCE DEDUCTIBLE | 7,000 | 7,000 | $0 |
| 10 51 20 263 | WORKMANS COMPENSATION | 2,000 | 2,000 | $0 |
| 10 51 20 265 | IRMA INSURANCE | 100,000 | 25,000 | $75,000 |
| 10 51 20 291 | BANK CHARGES | 500 | 500 | $0 |

4

| ACCOUNT NO. | ACCOUNT DESCRIPTION | AMOUNT BUDGETED | AMOUNT TO BE FUNDED BY OTHER SOURCES | AMOUNT TO BE FUNDED BY TAX LEVY |
|---|---|---|---|---|
| 10 51 20 292 | PROFESSIONAL OUT OF POCKET | 1,000 | 1,000 | $0 |
| 10 51 20 293 | BOARD EXPENSE | 5,000 | 5,000 | $0 |
| 10 51 30 311 | BUILDING SUPPLIES | $2,500 | $2,500 | $0 |
| 10 51 30 312 | SUPPLIES FOR EQUIPMENT | 2,000 | 2,000 | $0 |
| 10 51 30 313 | SUPPLIES FOR VEHICLES | 1,000 | 1,000 | $0 |
| 10 51 30 319 | MISC SUPPLIES | 1,000 | 1,000 | $0 |
| 10 51 30 321 | OFFICE SUPPLIES | 5,000 | 5,000 | $0 |
| 10 51 30 325 | FUEL | 3,000 | 3,000 | $0 |
| 10 51 30 410 | DONATIONS | 9,000 | 9,000 | $0 |
| 10 51 30 416 | EVENTS | 60,000 | 60,000 | $0 |
| 10 51 30 417 | SCHOOL IMPACT FEES | 5,000 | 5,000 | $0 |
| 10 51 40 865 | COMPUTER HARDWARE/SOFTWARE | 10,000 | 10,000 | $0 |
| 10 51 40 900 | CONTINGENCY | 10,000 | 10,000 | $0 |
| 10 61 10 120 | PUBLIC WORKS DIRECTOR | 22,666 | 22,666 | 0 |
| 10 61 10 135 | P W MAINTENANCE WORKERS | 46,000 | 46,000 | 0 |
| 10 61 10 137 | OVERTIME | 8,500 | 8,500 | 0 |
| 10 61 10 138 | PART TIME MAINTENANCE WORKER | 12,000 | 12,000 | 0 |
| 10 61 10 139 | MECHANIC | 17,000 | 17,000 | 0 |
| 10 61 10 181 | HEALTH INSURANCE | 22,200 | 22,200 | 0 |
| 10 61 10 182 | SOCIAL SECURITY/MEDICARE | 10,300 | 10,300 | 0 |
| 10 61 10 183 | IMRF | 3,100 | 3,100 | 0 |
| 10 61 10 184 | DENTAL INSURANCE | 1,500 | 1,500 | 0 |
| 10 61 10 185 | LIFE INSURANCE | 1,000 | 1,000 | 0 |
| 10 61 20 214 | ENGINEERING SERVICES | 2,000 | 2,000 | 0 |
| 10 61 20 221 | UTILITIES | 3,500 | 3,500 | 0 |
| 10 61 20 227 | UNIFORM RENTAL | 1,200 | 1,200 | 0 |
| 10 61 20 232 | MAINTENANCE EQUIPMENT | 1,200 | 1,200 | 0 |
| 10 61 20 233 | MAINTENANCE OF VEHICLES | 1,500 | 1,500 | 0 |
| 10 61 20 234 | STREET MAINTENANCE | 2,000 | 2,000 | 0 |
| 10 61 20 235 | DITCHING/CULVERTS | 0 | 0 | 0 |
| 10 61 20 240 | PHYSICALS | 500 | 500 | 0 |
| 10 61 20 241 | DRUG TESTING | 500 | 500 | 0 |
| 10 61 20 253 | TRAINING | 1,500 | 1,500 | 0 |
| 10 61 20 255 | SAFETY | 500 | 500 | 0 |
| 10 61 30 225 | CLOTHING GEAR | 1,500 | 1,500 | 0 |
| 10 61 30 227 | UNIFORM ALLOWANCE | 700 | 700 | 0 |
| 10 61 30 314 | SUPPLIES - STREET MAINTENANCE | 1,000 | 1,000 | 0 |
| 10 61 30 315 | SAFETY | 100 | 100 | 0 |
| 10 61 30 322 | OPERATING SUPPLIES | 1,500 | 1,500 | 0 |
| 10 61 30 325 | FUEL | 7,000 | 7,000 | 0 |
| 10 61 30 335 | BUILDING SUPPLIES | 1,000 | 1,000 | 0 |
| 10 61 30 410 | RENTAL OF EQUIPMENT | 1,500 | 1,500 | 0 |
| 10 61 30 415 | MISCELLANEOUS | 1,000 | 1,000 | 0 |

| ACCOUNT NO. | ACCOUNT DESCRIPTION | AMOUNT BUDGETED | AMOUNT TO BE FUNDED BY OTHER SOURCES | AMOUNT TO BE FUNDED BY TAX LEVY |
|---|---|---|---|---|
| 10 61 40 830 | PURCHASE OF EQUIPMENT | 5,000 | 5,000 | 0 |
| 10 61 40 854 | STREET SIGNS . | 3,000 | 3,000 | 0 |
| 10 61 40 860 | PUBLIC WORKS BLDG | 3,000 | 3,000 | 0 |
| 10 61 40 865 | COMPUTER HARDWARE/SOFTWARE | 500 | 500 | 0 |
| 10 63 20 231 | MAINTENANCE TO BUILDING | 9,000 | 9,000 | 0 |
| 10 63 20 238 | JANITORIAL SERVICES | 20,000 | 20,000 | 0 |
| 10 63 30 311 | MAINTENANCE SUPPLIES BLDG | 1,000 | 1,000 | 0 |
| 10 63 40 826 | VILLAGE HALL SOUND/VIDEO SYS | 1,500 | 1,500 | 0 |
| 10 63 40 827 | VILLAGE HALL ALARM SYSTEM | 5,000 | 5,000 | 0 |

| | | | | |
|---|---|---|---|---|
| **Total Amount Appropriated** | | $1,504,622 | | |
| **Total Amount to be Funded by Other Sources** | | | $889,862 | |
| **Total Amount to be Funded by Tax Levy** | | | | $614,760 |

## SECTION II - POLICE PROTECTION

That there is hereby levied for the purpose of paying costs and expenses of

Police Protection in the Village of Willow Springs, Cook County, Illinois, for the year

beginning the 1st day of May, 2006 and 30th day of April, 2007, the following sums:

| ACCOUNT NO. | ACCOUNT DESCRIPTION | AMOUNT BUDGETED | AMOUNT TO BE FUNDED BY OTHER SOURCES | AMOUNT TO BE FUNDED BY TAX LEVY |
|---|---|---|---|---|
| 10 56 10 121 | CHIEF | $77,458 | $7,458 | $70,000 |
| 10 56 10 123 | SERGEANTS | 164,384 | 4,384 | 160,000 |
| 10 56 10 124 | LIEUTENANTS | 54,795 | 4,795 | 50,000 |
| 10 56 10 125 | CORPORALS | $54,237 | $4,237 | $50,000 |
| 10 56 10 131 | POLICE OFFICERS | 541,832 | 371,832 | 170,000 |
| 10 56 10 133 | RADIO OPERATORS | 148,562 | 148,562 | 0 |
| 10 56 10 134 | CROSSING GUARDS | 15,546 | 15,546 | 0 |
| 10 56 10 136 | CLERICAL | 44,000 | 44,000 | 0 |
| 10 56 10 137 | PART-TIME RADIO DISPATCHER | 34,654 | 34,654 | 0 |
| 10 56 10 138 | PART-TIME POLICE OFFICERS | 94,282 | 94,282 | 0 |
| 10 56 10 139 | OVERTIME POLICE OFFICERS | 75,000 | 75,000 | 0 |
| 10 56 10 140 | OVERTIME RADIO DISPATCHER | 12,000 | 12,000 | 0 |
| 10 56 10 141 | DARE OVERTIME | 5,000 | 5,000 | 0 |
| 10 56 10 142 | DEA OVERTIME | 25,000 | 25,000 | 0 |
| 10 56 10 181 | HEALTH INSURANCE | 143,000 | 143,000 | 0 |
| 10 56 10 182 | SOCIAL SECURITY / MEDICARE | 84,500 | 84,500 | 0 |
| 10 56 10 183 | IMRF | 5,600 | 5,600 | 0 |

| | | | | |
|---|---|---|---|---|
| 10 56 10 184 | DENTAL INSURANCE | 14,300 | 14,300 | 0 |
| 10 56 10 185 | LIFE INSURANCE | 7,500 | 7,500 | 0 |
| 10 56 10 186 | UNIFORMS ALLOWANCE | 36,250 | 36,250 | 0 |
| 10 56 10 187 | SICK PAY | 13,300 | 13,300 | 0 |
| 10 56 10 188 | HOLIDAY PAY | 35,000 | 35,000 | 0 |
| 10 56 10 189 | VACATION BUY BACK | 13,000 | 13,000 | 0 |
| 10 56 10 190 | EDUCATION ALLOWANCE | 2,500 | 2,500 | 0 |
| 10 56 10 255 | PENSION PAYMENT | 150,000 | 100,000 | 50,000 |
| 10 56 20 221 | PD UTILITIES | 3,500 | 3,500 | 0 |
| 10 56 20 232 | MAINTENANCE OF EQUIPMENT | 18,000 | 18,000 | 0 |
| 10 56 20 233 | MAINTENANCE OF VEHICLES | 25,000 | 25,000 | 0 |
| 10 56 20 238 | JANITORIAL / MAINTENANCE | 13,000 | 13,000 | 0 |
| 10 56 20 241 | POSTAGE | 1,250 | 1,250 | 0 |
| 10 56 20 242 | TELEPHONE | 15,000 | 15,000 | 0 |
| 10 56 20 244 | PRINTING | 3,500 | 3,500 | 0 |
| 10 56 20 245 | NETWORK 10 | 10,000 | 10,000 | 0 |
| 10 56 20 251 | DUES | 2,500 | 2,500 | 0 |
| 10 56 20 252 | TRAVEL EXPENSES | 1,500 | 1,500 | 0 |
| 10 56 20 253 | TRAINING | 18,000 | 18,000 | 0 |
| 10 56 20 254 | SEMINARS AND MEETINGS | 2,000 | 2,000 | 0 |
| 10 56 20 255 | PUBLICATIONS | 1,700 | 1,700 | 0 |
| 10 56 20 256 | TESTING | 3,500 | 3,500 | 0 |
| 10 56 20 260 | ANIMAL CONTROL | 600 | 600 | 0 |
| 10 56 20 265 | EMERGENCY SERVICES | 2,000 | 2,000 | 0 |
| 10 56 20 270 | PUBLIC INFORMATION | 1,500 | 1,500 | 0 |
| 10 56 20 275 | CONSULTANTS | 11,500 | 11,500 | 0 |
| 10 56 20 280 | COMMISSION TESTING | 10,000 | 10,000 | 0 |
| 10 56 30 311 | BUILDING SUPPLIES | $3,000 | $3,000 | 0 |
| 10 56 30 312 | EQUIPMENT SUPPLIES | 8,000 | 8,000 | 0 |
| 10 56 30 313 | VEHICLES SUPPLIES | 8,000 | 8,000 | 0 |
| 10 56 30 321 | OFFICE SUPPLIES | 5,000 | 5,000 | 0 |
| 10 56 30 322 | OPERATING SUPPLIES | 5,000 | 5,000 | 0 |
| 10 56 30 325 | FUEL | 65,000 | 65,000 | 0 |
| 10 56 30 328 | PRISONER MEALS | 1,000 | 1,000 | 0 |
| 10 56 30 330 | MISCELLANEOUS | 2,000 | 2,000 | 0 |
| 10 56 40 840 | VEHICLE | 57,000 | 57,000 | 0 |
| 10 56 40 865 | COMPUTER HARDWARE/SOFTWARE | 25,000 | 25,000 | 0 |
| 10 56 40 868 | CABS | 2,700 | 2,700 | 0 |

**Total Amount Appropriated**     $2,177,450

**Total Amount to be Funded by Other Sources**     $1,627,450

**Total Amount to be Funded by Tax Levy**     $550,000

## SECTION IV - FIRE PROTECTION

That there is hereby levied for the purpose of Fire Protection as per

Ordinance passed according to Statute for the Village of Willow Springs, Cook

County, Illinois, for the year beginning the first day of May, 2005, and ending the

30th day of April, 2006, the following sums:

| ACCOUNT NO. | ACCOUNT DESCRIPTION | AMOUNT BUDGETED | AMOUNT TO BE FUNDED BY OTHER SOURCES | AMOUNT TO BE FUNDED BY TAX LEVY |
|---|---|---|---|---|
| 10 57 10 121 | FIRE CHIEF | $66,856 | $6,856 | $60,000 |
| 10 57 10 122 | FIRE LIEUTENANT | 54,263 | 4,263 | 50,000 |
| 10 57 10 132 | FIREFIGHTERS | 402,870 | 56,870 | 346,000 |
| 10 57 10 133 | RADIO OPERATORS | 35,000 | 35,000 | 0 |
| 10 57 10 181 | HEALTH INSURANCE | 28,860 | 28,860 | 0 |
| 10 57 10 182 | SOCIAL SECURITY MEDICARE | 42,627 | 42,627 | 0 |
| 10 57 10 183 | IMRF | 800 | 800 | 0 |
| 10 57 10 184 | DENTAL INSURANCE | 2,000 | 2,000 | 0 |
| 10 57 10 185 | LIFE INSURANCE | 1,100 | 1,100 | 0 |
| 10 57 10 187 | UNIFORM ALLOWANCE | 6,000 | 6,000 | 0 |
| 10 57 10 188 | GEAR | 10,000 | 10,000 | 0 |
| 10 57 10 190 | FIRE PENSION PAYMENT | 54,000 | 0 | 54,000 |
| 10 57 20 221 | UTILITIES | 2,000 | 2,000 | 0 |
| 10 57 20 230 | SERVICE CONTRACTS | 6,000 | 6,000 | 0 |
| 10 57 20 231 | BUILDING MAINTENANCE | 7,500 | 7,500 | 0 |
| 10 57 20 232 | MAINTENANCE OF EQUIPMENT | 4,000 | 4,000 | 0 |
| 10 57 20 233 | MAINTENANCE OF VEHICLES | 4,000 | 4,000 | 0 |
| 10 57 20 241 | POSTAGE | 500 | 500 | 0 |
| 10 57 20 242 | TELEPHONE | 5,000 | 5,000 | 0 |
| 10 57 20 251 | DUES | 800 | 800 | 0 |
| 10 57 20 252 | TRAVEL EXPENSES | 500 | 500 | 0 |
| 10 57 20 253 | TRAINING | 6,000 | 6,000 | 0 |
| 10 57 20 254 | SEMINAR AND MEETINGS | 750 | 750 | 0 |
| 10 57 20 255 | PUBLICATIONS | 500 | 500 | 0 |
| 10 51 20 260 | MEDICALS | 10,000 | 10,000 | 0 |
| 10 57 20 292 | HAZ MAT | 7,750 | 7,750 | 0 |
| 10 57 30 311 | MAINTENANCE SUPPLIES - BLDG | 4,000 | 4,000 | 0 |
| 10 57 30 312 | MAINTENANCE SUPPLIES - EQUIP | 3,000 | 3,000 | 0 |
| 10 57 30 313 | MAINTENANCE SUPPLIES- VEHICLES | 4,000 | 4,000 | 0 |
| 10 57 30 321 | OFFICE SUPPLIES | 3,500 | 3,500 | 0 |
| 10 57 30 322 | OPERATING SUPPLIES | 2,000 | 2,000 | 0 |
| 10 57 30 325 | FUEL | 12,000 | 12,000 | 0 |
| 10 57 30 330 | FIRE PREVENTION | 4,000 | 4,000 | 0 |
| 10 57 40 825 | BUILDING IMPROVEMENTS | 5,000 | 5,000 | 0 |
| 10 57 40 830 | PURCHASE OF EQUIPMENT | 9,300 | 9,300 | 0 |
| 10 57 40 866 | AIR PACKS | 14,200 | 14,200 | 0 |
| 10 57 40 900 | CONTINGENCY | 1,200 | 1,200 | 0 |

| | | | | |
|---|---|---|---|---|
| **Total Amount Appropriated** | | $821,876 | | |
| **Total Amount to be Funded by Other Sources** | | | $311,876 | |
| **Total Amount to be Funded by Tax Levy** | | | | $510,000 |

8

RECAP:

| | |
|---|---|
| Total Corporate Fund Tax Levy Amount | $614,760 |
| Total Police Protection Tax Levy Amount | $550,000 |
| Total Fire Protection Tax Levy Amount | $510,000 |

SUMMARY TOTAL

| | | | |
|---|---|---|---|
| Total Amounts Appropriated | $4,503,948 | | |
| Total Amount to be funded by other Sources | | $2,829,188 | |
| Total Amount to be funded by Tax Levy | | | $1,674,760 |

## SECTION IV

That the Village Clerk of the Village of Willow Springs be, and she is hereby

directed to file forthwith a certified copy of this Ordinance with the County Clerk of

Cook County, Illinois, for the purpose of having extended tax levied under the

terms hereof to enable the proper authorities to collect the same when extended.

## SECTION V

This Ordinance shall become and be effective immediately upon its passage

approval and publication in the manner provided by law. It is ordered that

publication of this Ordinance be made by duplication thereof in pamphlet form, said

pamphlets to be deposited in the office of the Village Clerk of the Village of Willow

Springs for general distribution.

PASSED this 21st day of December, 2006.

_____
Village Clerk

VOTING AYE: _____6_____

VOTING NAY: _____0_____

9

ABSTAIN: _____

ABSENT: _____

APPROVED this 21st day of December, 2006.

Village President

PUBLISHED and DEPOSITED in my office the 21st day of December, 2006.

Village Clerk

10

COOK CO. CLERKS OFFICE
RECEIVED BY
DEC 2 2 2006
DAVID ORR
TAX EXTENSION DIVISION

**STATE OF ILLINOIS** )
                      ) SS
**COUNTY OF COOK** )

## CERTIFICATE OF PUBLICATION OF ORDINANCE

I, Sue Fredrickson, certify that I am the duly appointed and acting Village

Clerk of the Village of Willow Springs, Cook County, Illinois.

I further certify that on December 21, 2006, the Corporate Authorities of

such municipality passed and approved Ordinance No. 41-O-2006, entitled:

AN ORDINANCE FOR THE LEVY, ASSESSMENT AND
COLLECTION OF TAXES FOR THE VILLAGE OF WILLOW
SPRINGS, COOK COUNTY, ILLINOIS, FOR THE FISCAL YEAR
BEGINNING ON THE 1ST DAY OF MAY, 2006, AND ENDING ON
THE 30TH OF APRIL, 2007

which provided by its terms that it should be published in pamphlet form.

The pamphlet form of Ordinance No. 41-O-2006, including the Ordinance

and a cover sheet thereof, was prepared, and a copy of such Ordinance was

posted in the Village Hall, commencing on December 10, 2006, and continuing for

at least ten days thereafter. Copies of such Ordinance were also available for

public inspection upon request in the office of the Village Clerk.

Dated at Willow Springs, Cook County, Illinois, this 21st day of December,
2006.

(SEAL)

Village Clerk
Village of Willow Springs
Cook County, Illinois

11

CLERKS OFFICE
DEC 2 2 2006
DAVID ORR
TAX EXTENSION DIVISION

## TRUTH IN TAXATION
## CERTIFICATE OF COMPLIANCE

I, Alan Nowaczyk, hereby certify that I am the presiding officer of the Village of

Willow Springs and as such presiding officer, I certify that the Levy Ordinance, a copy of

which is attached, was adopted pursuant to, and in all respects in compliance with the

provisions of the Illinois Property Tax Code -Truth in Taxation Law, 35 ILCS

200/18-60 through 18-85 (2002).

This certificate applies to the 2006 levy.

Dated:  December 21, 2006

Alan Nowaczyk, President
Village of Willow Springs, Illinois

12

Total Population and Change in Total Population, 1980, 1990, and 2000
Source: U.S. Census Bureau, Census 2000, Redistricting Data Summary File;
1990 Census (including corrections**); and 1980 Census
Geography:
REGION, COUNTY, MCD (Political Township), MUNICIPALITY, and CHICAGO COMMUNITY AREA
Note:
Due to boundary changes from 1990 to 2000 and to make any comparisons to the Census results from 1980, 1990,
and 2000 feasible, Zion, Benton, and Newport Townships in Lake Co. have been joined together as one township.

| Areaname | 2000 Census | Total Population 1990 Census | 1980 Census | Change, 1990-2000 Numerical difference (2000 minus 1990) | Percent difference (based on 1990) | Change, 1980-2000 Numerical difference (2000 minus 1980) | Perce: differen (based o 198 |
|---|---|---|---|---|---|---|---|
| University Park | 6,662 | 6,204 | 6,245 | 458 | 7.4 | 417 | 6 |
| Vernon Hills | 20,120 | 15,319 | 9,827 | 4,801 | 31.3 | 10,293 | 104 |
| ** Villa Park | 22,075 | 22,279 | 23,185 | (204) | -0.9 | (1,110) | -4 |
| Virgil | 266 | NA | NA | NA | ----- | ------ | ---- |
| Volo | 180 | NA | NA | NA | ----- | ------ | ---- |
| Wadsworth | 3,083 | 1,826 | 1,104 | 1,257 | 68.8 | 1,979 | 179 |
| ** Warrenville | 13,363 | 11,389 | 7,519 | 1,974 | 17.3 | 5,844 | 77 |
| Wauconda | 9,448 | 6,294 | 5,688 | 3,154 | 50.1 | 3,760 | 66 |
| Waukegan | 87,901 | 69,392 | 67,653 | 18,509 | 26.7 | 20,248 | 29 |
| ** Wayne | 2,137 | 1,520 | 940 | 617 | 40.6 | 1,197 | 127 |
| Westchester | 16,824 | 17,301 | 17,730 | (477) | -2.8 | (906) | -5 |
| ** West Chicago | 23,469 | 14,808 | 12,550 | 8,661 | 58.5 | 10,919 | 87 |
| West Dundee | 5,428 | 3,728 | 3,551 | 1,700 | 45.6 | 1,877 | 52 |
| ** Western Springs | 12,493 | 11,956 | 12,876 | 537 | 4.5 | (383) | -3 |
| ** Westmont | 24,554 | 21,402 | 16,718 | 3,152 | 14.7 | 7,836 | 46 |
| ** Wheaton | 55,416 | 51,441 | 43,043 | 3,975 | 7.7 | 12,373 | 28 |
| Wheeling | 34,496 | 29,911 | 23,266 | 4,585 | 15.3 | 11,230 | 48 |
| ** Willowbrook | 8,967 | 8,701 | 4,953 | 266 | 3.1 | 4,014 | 81 |
| ** Willow Springs | 5,027 | 4,478 | 4,147 | 549 | 12.3 | 980 | 21 |
| ** Wilmette | 27,651 | 26,694 | 28,229 | 957 | 3.6 | (578) | -2 |
| Wilmington | 5,134 | 4,743 | 4,424 | 391 | 8.2 | 710 | 16 |
| Winfield | 8,718 | 7,096 | 4,422 | 1,622 | 22.9 | 4,296 | 97 |
| ** Winnetka | 12,419 | 12,210 | 12,772 | 209 | 1.7 | (353) | -2 |
| Winthrop Harbor | 6,670 | 6,240 | 5,438 | 430 | 6.9 | 1,232 | 22 |
| Wonder Lake | 1,345 | 1,024 | 752 | 321 | 31.3 | 593 | 78 |
| ** Wood Dale | 13,535 | 12,394 | 11,251 | 1,141 | 9.2 | 2,284 | 20 |
| ** Woodridge | 30,934 | 26,359 | 22,322 | 4,575 | 17.4 | 8,612 | 38 |
| ** Woodstock | 20,151 | 14,368 | 11,725 | 5,783 | 40.2 | 8,426 | 71 |
| Worth | 11,047 | 11,208 | 11,592 | (161) | -1.4 | (545) | -4 |
| ** Zion | 22,866 | 19,783 | 17,861 | 3,083 | 15.6 | 5,005 | 28 |

Total Population and Change in Total Population, 1980, 1990, and 2000
Source: U.S. Census Bureau, Census 2000, Redistricting Data Summary File;
1990 Census (including corrections**); and 1980 Census
Geography:
REGION, COUNTY, MCD (Political Township), MUNICIPALITY, and CHICAGO COMMUNITY AREA
Note:
Due to boundary changes from 1990 to 2000 and to make any comparisons to the Census results from 1980, 1990,
and 2000 feasible, Zion, Benton, and Newport Townships in Lake Co. have been joined together as one township.

| Areaname | 2000 Census | Total Population 1990 Census | 1980 Census | Change, 1990-2000 Numerical difference (2000 minus 1990) | Percent difference (based on 1990) | Change, 1980-2000 Numerical difference (2000 minus 1980) | Perce: differen (based o 198 |
|---|---|---|---|---|---|---|---|
| **Chicago Community Areas (77)** | | | | | | | |
| 1 Rogers Park | 63,484 | 60,378 | 55,525 | 3,106 | 5.1 | 7,959 | 14 |
| 2 West Ridge | 73,199 | 65,374 | 61,129 | 7,825 | 12.0 | 12,070 | 19 |
| 3 Uptown | 63,551 | 63,839 | 64,414 | (288) | -0.5 | (863) | -1 |
| 4 Lincoln Square | 44,574 | 44,891 | 43,954 | (317) | -0.7 | 620 | 1 |
| 5 North Center | 31,895 | 33,010 | 35,161 | (1,115) | -3.4 | (3,266) | -9 |
| 6 Lake View | 94,817 | 91,031 | 97,519 | 3,786 | 4.2 | (2,702) | -2 |
| 7 Lincoln Park | 64,320 | 61,092 | 57,146 | 3,228 | 5.3 | 7,174 | 12 |
| 8 Near North | 72,811 | 62,842 | 67,167 | 9,969 | 15.9 | 5,644 | 8 |
| 9 Edison Park | 11,259 | 11,426 | 12,457 | (167) | -1.5 | (1,198) | -9 |
| 10 Norwood Park | 37,452 | 37,719 | 40,585 | (267) | -0.7 | (3,133) | -7 |
| 11 Jefferson Park | 25,859 | 23,649 | 24,583 | 2,210 | 9.3 | 1,276 | 5 |
| 12 Forest Glen | 18,165 | 17,655 | 18,991 | 510 | 2.9 | (826) | -4 |
| 13 North Park | 18,514 | 16,236 | 15,273 | 2,278 | 14.0 | 3,241 | 21 |
| 14 Albany Park | 57,655 | 49,501 | 46,075 | 8,154 | 16.5 | 11,580 | 25 |
| 15 Portage Park | 65,340 | 56,513 | 57,349 | 8,827 | 15.6 | 7,991 | 13 |
| 16 Irving Park | 58,643 | 50,159 | 49,489 | 8,484 | 16.9 | 9,154 | 18 |
| 17 Dunning | 42,164 | 36,957 | 37,860 | 5,207 | 14.1 | 4,304 | 11 |
| 18 Montclare | 12,646 | 10,573 | 10,793 | 2,073 | 19.6 | 1,853 | 17 |
| 19 Belmont Cragin | 78,144 | 56,787 | 53,371 | 21,357 | 37.6 | 24,773 | 46 |
| 20 Hermosa | 26,900 | 23,131 | 19,547 | 3,777 | 16.3 | 7,361 | 37 |
| 21 Avondale | 43,083 | 35,579 | 33,527 | 7,504 | 21.1 | 9,556 | 28 |
| 22 Logan Square | 82,715 | 82,605 | 84,768 | 110 | 0.1 | (2,053) | -2 |
| 23 Humboldt Park | 65,836 | 67,573 | 70,879 | (1,737) | -2.6 | (5,043) | -7 |
| 24 West Town | 87,435 | 87,703 | 96,428 | (268) | -0.3 | (8,993) | -9 |
| 25 Austin | 117,527 | 114,079 | 138,026 | 3,448 | 3.0 | (20,499) | -14 |
| 26 West Garfield Park | 23,019 | 24,095 | 33,865 | (1,076) | -4.5 | (10,846) | -32 |
| 27 East Garfield Park | 20,881 | 24,030 | 31,580 | (3,149) | -13.1 | (10,699) | -33 |
| 28 Near West Side | 46,419 | 46,197 | 57,305 | 222 | 0.5 | (10,886) | -19 |
| 29 North Lawndale | 41,768 | 47,296 | 61,534 | (5,528) | -11.7 | (19,766) | -32 |
| 30 South Lawndale | 91,071 | 81,155 | 75,204 | 9,916 | 12.2 | 15,867 | 21 |

**Exhibit C**

ORDINANCE 88-0-1

VILLAGE OF WILLOW SPRINGS
COOK COUNTY, ILLINOIS

AN ORDINANCE AMENDING SECTION 1-5-2
OF TITLE 1 OF CHAPTER 5 OF THE VILLAGE CODE

BE IT HEREBY ORDAINED BY THE PRESIDENT AND BOARD OF TRUSTEES
OF THE VILLAGE OF WILLOW SPRINGS, COOK COUNTY, ILLINOIS, as follows:

SECTION I

SECTION 1-5-2 IS HEREBY AMENDED as follows:

1-5-2:    APPOINTED OFFICERS:

A.    Appointments:  The Village President with the advice
and consent of the Board of Trustees, shall make all appointments
of all village officers and the Village Clerk, provided that the
offices of the Village Treasirer amd Village Attorney shall be filled
as provided in the statutes.

B.    Disciplinary Action:  All appointed officers shall be
subject to removal, suspension or other disciplinary action by the
President with the advice and consent of the Board of Trustees.

SECTION II

This Ordinance shall be in full force and effect from and after
its passage, approval and publication as provided by law.

This ordinance is authorized to be published in pamphelt form.

PASSED THIS ___14th___ DAY OF ___January___, 1988.

AYES ___Farrell, Ferrell, Formento, Latham, Ozsvath, Rizzi___    NAYS___none___    ABSENT___none___

_____
VILLAGE PRESIDENT

ATTEST:

_Betty Pastori_
VILLAGE CLERK

(SEAL)

**Exhibit D**