IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUSAN FREDRICKSON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 07 C 6157 |
| VILLAGE OF WILLOW SPRINGS, ALAN NOWACZYK, and ANNETTE KAPTUR, | ) Judge Grady<br>) Magistrate Judge Nolan |
| Defendants. | ) |

## NOTICE OF MOTION

To: Glenn R. Gaffney
Gaffney & Gaffney
1771 Bloomingdale Road
Glendale Heights, IL 60139

PLEASE TAKE NOTICE that on Wednesday, January 9, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge John F. Grady, or any judge sitting in his stead, in Room 1425 of the U.S. District Court, Northern District of Illinois, 219 S. Dearborn Street, Chicago, IL 60604, and then and there shall present Defendants Motion for Sanctions, a copy of which is attached hereto.

*s:/ Michael J. McGrath*

## PROOF OF SERVICE

The undersigned, an attorney, under penalties as provided by law pursuant to Ill. Rev. Stat. Chap. 110 Sec. 1-109 hereby certifies and states that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participant listed above, on this 4th day of January, 2008.

*s:/ Michael J. McGrath*

Michael J. McGrath
**ODELSON & STERK, LTD.**
3318 West 95th Street
Evergreen Park, Illinois 60805
708-424-5678