# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Susan Fredrickson

                          Plaintiff,

v.                                                Case No.: 1:07–cv–06157
                                                  Honorable John F. Grady

Village of Willow Springs, et al.

                          Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 8, 2008:

    MINUTE entry before Judge John F. Grady :Motion for sanctions [14] is entered and continued until further order of court. Reply brief to the motion for sanctions[14] due by 1/23/2008. Hearing set for 01/09/08 stricken.Mailed/Telephoned notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.