IN THE UNITED STATES DISCTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN FREDRICKSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2007 C 6157 |
| | ) | |
| VILLAGE OF WILLOW SPRINGS, ALAN | ) | Judge Grady |
| NOWACZYK, and ANNETTE KAPTUR, | ) | Magistrate Judge Nolan |
| | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO FILE ADDITIONAL APPEARANCES**

NOW COME Defendants, Village of Willow Springs, Alan Nowaczyk, and Annette Kaptur and moves this Court for an order granting Querrey & Harrow, Ltd., leave to file its appearances on their behalf.

Respectfully Submitted,

QUERREY & HARROW, LTD.

By:/s/ Paul A. Rettberg
Paul A. Rettberg

Paul A. Rettberg
(prettberg@querrey.com)
**QUERREY & HARROW, LTD.**
175 W. Jackson, Ste. 1600
Chicago IL 60604
(312) 540-7000