IN THE UNITED STATES DISCTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN FREDRICKSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2007 C 6157 |
| | ) | |
| VILLAGE OF WILLOW SPRINGS, ALAN | ) | Judge Grady |
| NOWACZYK, and ANNETTE KAPTUR, | ) | Magistrate Judge Nolan |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   SEE ATTACHED CERTIFICATE OF SERVICE

On **January 16, 2008** at **9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge John F. Grady in Room 2201**, in the United States Courthouse, Dirksen Building, 219 S. Dearborn St., Chicago, Illinois, and shall then and there move the Court in accordance with the attached **Motion for Leave to File Additional Appearances.**

QUERREY & HARROW, LTD.,

By:   s/ Paul A. Rettberg
       Paul A. Rettberg

Paul A. Rettberg
**QUERREY & HARROW, LTD.**
175 West Jackson Blvd., Suite 1600
Chicago, IL  60604-2827
(312) 540-7000

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 9th day of January, 2008, the foregoing **Notice Of Motion** was served, pursuant to L.R. 5.9 and the General Order on Electronic Filing, via the Court's Electronic Case Filing System, to:

**Attorney for Plaintiff**
Glenn R. Gaffney
Justin R. Gaffney
Gaffney & Associates
1771 Bloomingdale Road
Glendale Heights, Illinois 60139
Tel: (630) 462-1200
Gaffneylaw@comcast.net

**Attorney for Defendants**
**Willow Springs, Nowaczyk & Kaptur**
Michael J. McGrath
Burtson S. Odelson
Michael Joseph Hayes, Jr.
Odelson & Sterk, Ltd.
3318 West 95th Street
Evergreen Park, Illinois 60805
Tel: (708) 424-5678
mmcgrath@odelsonsterk.com
attyburt@aol.com
mhayes@odelsonsterk.com

**Attorney for Defendants Nowaczyk & Kaptur**
John B. Murphey
Rosenthal, Murphey, Coblentz & Janega
30 North LaSalle Street
Suite 1624
Chicago, Illinois 60602
Tel: (312) 541-1070
jmurphey@rmcj.com