IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN FREDRICKSON, | ) | |
|           Plaintiff, | ) | |
| v. | ) | Case No. 07 C 6157 |
| | ) | |
| VILLAGE OF WILLOW SPRINGS, ALAN | ) | Judge Grady |
| NOWACZYK, and ANNETTE KAPTUR, | ) | Magistrate Judge Nolan |
| | ) | |
|           Defendants. | ) | |

## NOTICE OF FILING

To:    Glenn R. Gaffney
         Gaffney & Gaffney
         1771 Bloomingdale Road
         Glendale Heights, IL 60139

Please take notice that on January 23, 2008, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, the attached **Defendants' Reply in Support of Their Motion for Sanctions**, a copy of which is attached hereto.

                                  **VILLAGE OF WILLOW SPRINGS, ALAN NOWACZYK, and ANNETTE KAPTUR**

                                  By:    s:/Michael J. McGrath

## CERTIFICATE OF SERVICE

The undersigned, an attorney, under penalties as provided by law pursuant to Ill. Rev. Stat. Chap. 110 Sec. 1-109 hereby certifies and states that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the above listed CM/ECF participant, on this 23rd day of January, 2008.

                                              s:/ Michael J. McGrath

Michael J. McGrath
**ODELSON & STERK, LTD.**
3318 West 95th Street
Evergreen Park, IL 60805
708-424-5678