UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

---

| In the Matter of | Case |
|---|---|
| **SUSAN FREDRICKSON** <br> v. <br> **VILLAGE OF WILLOW SPRINGS, ALAN NOWACZYK, and ANNETTE KAPTUR,** | **2007 C 6157** <br><br> **JUDGE JOHN F. GRADY** <br> **MAGISTRATE JUDGE NOLAN** |

AN ADDITIONAL APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendants VILLAGE OF WILLOW SPRINGS, ALAN NOWACZYK and ANNETTE KAPTUR**

| NAME | Paul A. Rettberg |
|---|---|
| SIGNATURE | s/ Paul A. Rettberg |
| FIRM | Querrey & Harrow, Ltd. |
| STREET ADDRESS | 175 West Jackson Boulevard, Suite 1600 |
| CITY/STATE/ZIP | Chicago, Illinois 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 2318938 | TELEPHONE NUMBER <br> (312) 540-7040 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | X | NO |
|---|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | X | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | X | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | X | NO |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL                    APPOINTED COUNSEL

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 7th day of February, 2008, the foregoing **Additional Appearance** was served, pursuant to L.R. 5.9 and the General Order on Electronic Filing, via the Court's Electronic Case Filing System, to:

>Glenn R. Gaffney
>Justin R. Gaffney
>Gaffney & Associates
>Gaffneylaw@comcast.net
>
>Michael J. McGrath
>Burtson S. Odelson
>Michael Joseph Hayes, Jr.
>Odelson & Sterk, Ltd.
>mmcgrath@odelsonsterk.com
>attyburt@aol.com
>mhayes@odelsonsterk.com
>
>John B. Murphey
>Rosenthal, Murphey, Coblentz & Janega
>jmurphey@rmcj.com

>                    s/ Paul A. Rettberg
>                    Paul A. Rettberg

Paul A. Rettberg
Querrey & Harrow, Ltd.
175 West Jackson, Suite 1600
Chicago, Illinois  60604-2827
Direct: (312) 540-7040
FAX: (312) 540-0578
E-mail: prettberg@querrey.com