## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

---

| In the Matter of | Case |
|---|---|
| **SUSAN FREDRICKSON** | 2007 C 6157 |
| v. | |
| **VILLAGE OF WILLOW SPRINGS, ALAN NOWACZYK, and ANNETTE KAPTUR,** | JUDGE JOHN F. GRADY<br>MAGISTRATE JUDGE NOLAN |

AN ADDITIONAL APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendants VILLAGE OF WILLOW SPRINGS, ALAN NOWACZYK and ANNETTE KAPTUR**

| NAME | Chloe G. Woodard |
|---|---|
| SIGNATURE | s/ Chloe G. Woodard |
| FIRM | Querrey & Harrow, Ltd. |
| STREET ADDRESS | 175 West Jackson Boulevard, Suite 1600 |
| CITY/STATE/ZIP | Chicago, Illinois  60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6294128 | TELEPHONE NUMBER<br>(312) 540-7000 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES          NO **X** | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES          NO **X** | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES          NO **X** | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES     NO **X** | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL                              APPOINTED COUNSEL | |

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that on the 7th day of February, 2008, the foregoing **Additional Appearance** was served, pursuant to L.R. 5.9 and the General Order on Electronic Filing, via the Court's Electronic Case Filing System, to:

Glenn R. Gaffney
Justin R. Gaffney
Gaffney & Associates
Gaffneylaw@comcast.net

Michael J. McGrath
Burtson S. Odelson
Michael Joseph Hayes, Jr.
Odelson & Sterk, Ltd.
mmcgrath@odelsonsterk.com
attyburt@aol.com
mhayes@odelsonsterk.com

John B. Murphey
Rosenthal, Murphey, Coblentz & Janega
jmurphey@rmcj.com


                                             s/ Chloe G. Woodard
                                                 Chloe G. Woodard


Chloe G. Woodard
Querrey & Harrow, Ltd.
175 West Jackson, Suite 1600
Chicago, Illinois 60604-2827
Direct: (312) 540-7548
FAX: (312) 540-0578