IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN FREDRICKSON,<br>　　　　　　　　　　　　Plaintiff,<br>vs.<br>VILLAGE OF WILLOW SPRINGS, ALAN NOWACZYK, and ANNETTE KAPTUR,<br>　　　　　　　　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) | No. 07 C 5529<br><br>Judge John F. Grady<br><br>Magistrate Judge Nolan |

## NOTICE OF MOTION

**TO:**  Glenn R. Gaffney                      Michael J. McGrath
　　　　Justin R. Gaffney                      Burton S. Odelson
　　　　Gaffney & Associates                   Michael Joseph Hayes, Jr.
　　　　1771 Bloomingdale Road                 Odelson & Sterk, Ltd.
　　　　Glendale Heights, Illinois 60139       3318 West 95th Street
　　　　                                       Evergreen Park, Illinois 60805

　　　　PLEASE TAKE NOTICE that on **Wednesday March 5, 2008**, I shall appear before the Honorable John F. Grady, at the Dirksen Federal Building, 219 S. Dearborn St., Room 2201, Chicago, Illinois at **11:00 a.m.** or as soon thereafter as counsel may be heard, and present to him or any judge sitting in his stead, **DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S RESPONSE TO DEFENDANT'S 12(b)(6) MOTION TO DISMISS**, a copy of which is attached hereto and served upon you herewith.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ John B. Murphey

JOHN B. MURPHEY
ARDC # 1992635
ROSENTHAL, MURPHEY & COBLENTZ
Attorneys for Certain Defendants
30 North LaSalle Street, Suite 1624
Chicago, Illinois 60602
Tel.: (312) 541-1070
Fax: (312) 541-9191

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 12, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all parties listed below:

| | |
|---|---|
| Glenn R. Gaffney | Michael J. McGrath |
| Justin R. Gaffney | Burton S. Odelson |
| Gaffney & Associates | Michael Joseph Hayes, Jr. |
| 1771 Bloomingdale Road | Odelson & Sterk, Ltd. |
| Glendale Heights, Illinois 60139 | 3318 West 95th Street |
| | Evergreen Park, Illinois 60805 |

        /s/   Douglas M. Doty
ROSENTHAL, MURPHEY & COBLENTZ
Attorneys for Alan Nowaczyk and Annette Kaptur
30 North LaSalle Street, Suite 1624
Chicago, Illinois 60602
Tel. (312) 541-1070
Fax: (312) 541-9191