IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN FREDRICKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 6157 |
| | ) | |
| VILLAGE OF WILLOW SPRINGS, ALAN | ) | Judge Grady |
| NOWACZYK, and ANNETTE KAPTUR, | ) | Magistrate Judge Nolan |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO FILE REPLY BRIEF**

Now comes Defendant Village of Willow Springs, by its attorneys Odelson & Sterk, Ltd., and requests an extension of time to file its reply brief. In support of this Motion, Defendant Village of Willow Springs states as follows:

1. Defendants have filed a Motion to Dismiss and have filed a Memorandum in Support of its Motion to Dismiss.

2. Plaintiff has filed her Response to Defendant's Motion to Dismiss. Plaintiff's Response has raised issues not contained in her Complaint and has filed exhibits which were not contained in her complaint.

3. On February 12, 2008, Attorney John Murphey filed a Motion to Strike Plaintiff's Response.

4. Defendant Village of Willow Springs would adopt the arguments contained in Attorney Murphey's Motion to Strike.

5. The Village would request an extension of time to file its reply Memorandum in Support of its Motion to Dismiss to a date subsequent to the Court's ruling on the Motion to Strike. The Village's reply is due on February 15, 2008.

Wherefore, Defendant Village of Willow Springs prays that this Court enter an extension of time to file its Reply Memorandum in Support of its Motion to Dismiss.

                                                            Village of Willow Springs


                                              By:    /s/Michael J. McGrath


Michael J. McGrath
**ODELSON & STERK, LTD.**
3318 West 95th Street
Evergreen Park, IL 60805
708-424-5678