IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN FREDRICKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 6157 |
| | ) | |
| VILLAGE OF WILLOW SPRINGS, ALAN | ) | Judge Grady |
| NOWACZYK, and ANNETTE KAPTUR, | ) | Magistrate Judge Nolan |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Glenn R. Gaffney
      Gaffney & Gaffney
      1771 Bloomingdale Road
      Glendale Heights, I 60139

   Please take notice that on Wednesday, March 5, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable John F. Grady, or any judge sitting in his stead, in Room 2201, of the U.S. District Court, Northern District of Illinois, 219 S. Dearborn Street, Chicago, IL 60604, and then and there shall present Defendant's Motion for Extension of Time to File Reply Brief, a copy of which is attached hereto.

                                             /s/Michael J. McGrath

## Proof of Service

   The undersigned, an attorney, under penalties as provided by law pursuant to Ill.Rev.Stat. Chap. 110 Sec. 1-109 hereby certifies and states that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participant listed above, on this 15th day of February, 2008.

                                             /s/Michael J. McGrath

Michel J. McGrath
**ODELSON & STERK, LTD.**
3318 West 95th Street
Evergreen Park, IL 60805
708-424-5678