### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN FREDRICKSON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 6157 |
| | ) | |
| VILLAGE OF WILLOW SPRINGS, ALAN | ) | Judge Grady |
| NOWACZYK, and ANNETTE KAPTUR, | ) | Magistrate Judge Nolan |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

To:    Glenn R. Gaffney
       1771 Bloomingdale Road
       Glendale Heights, I 60139

Please take notice that on Wednesday, May 7, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable John F. Grady, or any judge sitting in his stead, in Room 2201, of the U.S. District Court, Northern District of Illinois, 219 S. Dearborn Street, Chicago, IL 60604, and then and there shall present Defendant's Motion for Leave to File Legal Brief in Excess of Fifteen Pages Instanter, a copy of which is attached hereto.

### VILLAGE OF WILLOW SPRINGS

By:_____ /s:/ Michael J. McGrath____

### ALAN NOWACZYK and ANNETTE KAPTUR

By:____ /s:/ John Murphey_____

### Proof of Service

The undersigned, an attorney, under penalties as provided by law pursuant to Ill. Rev. Stat. Chap. 110 Sec. 1-109 hereby certifies and states that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participant listed above, on this 2nd day of May, 2008.

_____ /s:/ Michael J. McGrath_____

ODELSON & STERK, LTD.
3318 West 95th Street
Evergreen Park, IL 60805

Rosenthal, Murphey & Coblentz
30 N. LaSalle Street - Suite 1624
Chicago, IL 60602