IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN FREDRICKSON, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 07 C 6157 |
| | ) | |
| VILLAGE OF WILLOW SPRINGS, ALAN | ) | Judge Grady |
| NOWACZYK, and ANNETTE KAPTUR, | ) | Magistrate Judge Nolan |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:  Glenn R. Gaffney
     1771 Bloomingdale Road
     Glendale Heights, IL 60139

Please take notice that on May 2, 2008, I caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, the attached **Defendants' Reply in Support of their Motion to Dismiss**, a copy of which is attached hereto.

**VILLAGE OF WILLOW SPRINGS**

By:___s:/ Michael J. McGrath___

**ALAN NOWACZYK and ANNETTE KAPTUR**

By:_____/s:/ John Murphey_____

## CERTIFICATE OF SERVICE

The undersigned, an attorney, under penalties as provided by law pursuant to Ill. Rev. Stat. Chap. 110 Sec. 1-109 hereby certifies and states that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the above listed CM/ECF participant, on this 2nd day of May, 2008.

_____s:/ Michael J. McGrath_____

**ODELSON & STERK, LTD.**
3318 West 95th Street
Evergreen Park, IL 60805

Rosenthal, Murphey & Coblentz
30 N. LaSalle Street - Suite 1624
Chicago, IL 60602