# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6157 | **DATE** | August 4, 2008 |
| **CASE TITLE** | Fredrickson v. Village of Willow Springs, et al. | | |

**DOCKET ENTRY TEXT**

Defendants' motion to dismiss (11) and motion for sanctions (14) are denied.  A status hearing is set for September 3, 2008 at 11:00 a.m. ENTER MEMORANDUM OPINION.

_____  [ For further details see text below.]                                                                          Docketing to mail notices.

:00

**STATEMENT**