UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Susan Fredrickson
          Plaintiff,

v.                  Case No.: 1:07−cv−06157
                  Honorable John F. Grady

Village of Willow Springs, et al.
          Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

  Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Nan R. Nolan for the purpose of holding proceedings related to: settlement conference.(jlj, )Mailed notice.

Dated: September 10, 2008

                      /s/ John F. Grady
                      United States District Judge