UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Susan Fredrickson
         Plaintiff,

v.                  Case No.: 1:07−cv−06157
                 Honorable John F. Grady

Village of Willow Springs, et al.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 10, 2008:

  MINUTE entry before the Honorable Nan R. Nolan:Initial status hearing set for 9/17/2008 at 09:00 a.m. before Magistrate Judge Nolan in courtroom 1858 for the purpose of scheduling a settlement conference. Parties shall deliver a copy of an initial status report to chambers, room 1870, at least three business days before the initial status hearing. If the parties have recently prepared and filed an initial status report, the submission of the previously filed initial status report is sufficient. Parties are to bring dates when both clients and counsel will be available for a settlement conference, which regularly begin at 10:00 a.m. Because of the volume of settlement conferences conducted by Judge Nolan, once a settlement conference date has been agreed upon, no continuance will be granted without a motion showing extreme hardship. The parties are directed to review and to comply with Judge Nolans standing order setting settlement conference. Copies are available through Judge Nolans web page at www.ilnd.uscourts.gov.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.