# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6157 | **DATE** | 9/10/2008 |
| **CASE TITLE** | Frederickson vs. Village of Willow Springs | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 03/11/09 at 11:00 a.m. to set this case for trial. Defendants to answer or otherwise plead to the complaint by 10/10/08. Discovery to close 03/06/09. This case is referred to Magistrate Judge Nolan for a settlement conference at such time as the parties may request one.

Docketing to mail notices.
Copy to Magistrate Judge

00:5

| | Courtroom Deputy Initials: | JD |
|---|---|---|